LORI J. GUALCO, ESQ. (Bar No. 95232)
GUALCO LAW
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Telephone:  (916) 930-0700
Facsimile:   (916) 930-0705
Email: ljgualco@gualcolaw.com

Attorneys for Defendant
RICHARD LASTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA, <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY SMITH, an individual, RICHARD LASTER, an individual, JANE NASH AS TRUSTEE OF THE JANE HIGGINS NASH TRUST, JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS A/K/A THE ESTATE OF MABEL ELAINE HIGGINS <br><br> Defendants. | Case No. 1:11-cv-01257-AWI-BAM <br><br> **ORDER APPROVING SUBSTITUTION OF ATTORNEY** |
| GREGORY SMITH, individually, and doing business as PARAGON CLEANERS, <br><br> Counter-Complainant and Cross-Complainant, <br> v. <br><br> VIOLA COPPOLA, GARY COPPOLA, THE TRUST OF ANTHONY M. COPPOLA, JANE HIGGINS NASH, AS TRUSTEE OF THE TRUST IN THE ESTATE OF MABEL ELAINE HIGGINS, Deceased, A/K/A THE TRUST IN THE ESTATE OF MABEL ELAINE HIGGINS, Deceased <br><br> Counter-Defendants and Cross-Defendants. | |

THE JANE HIGGINS NASH TRUST,

          Cross-Complainant,

   v.

GREGORY SMITH, RICHARD LASTER, and DOES 1-100, inclusive,

          Cross-Defendants.

Pursuant to Eastern District Local Rule 83-182(g), Defendant RICHARD LASTER hereby substitutes Lori J. Gualco, Gualco Law, 400 Capitol Mall, Eleventh Floor, Sacramento, California, telephone 916-930-0700, facsimile 916-930-0705, email address ljgualco@gualcolaw.com (no change), as attorney of record in the place and stead of Lori J. Gualco, Frank Law Group, P.C.

I authorize the above substitution:

Dated:  December 16, 2011        RICHARD LASTER

                                                 By: /s/ Richard Laster (as authorized on 12-16-11)

I consent to the above substitution:

Dated:  December 19, 2011        FRANK LAW GROUP, P.C.

                                                 By: /s/ David E. Frank (as authorized on 12-19-11)
                                                       DAVID E. FRANK

/ / /

/ / /

/ / /

/ / /

2

1 | I accept the above substitution:

2 | Dated:  December 13, 2011                    GUALCO LAW

4 |                                             By:     /s/ Lori J. Gualco
                                                    LORI J. GUALCO

9 | IT IS SO ORDERED.

10 |    Dated:    **December 22, 2011**               /s/ *Barbara A. McAuliffe*
11 |                                             UNITED STATES MAGISTRATE JUDGE