1 | LORI J. GUALCO, ESQ. (Bar No. 95232)
GUALCO LAW
2 | 400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
3 | Telephone:  (916) 930-0700
Facsimile:   (916) 930-0705
4 | Email: ljgualco@gualcolaw.com

5 | Attorneys for Defendant
RICHARD LASTER

6

## UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

8

9

10 | VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA,

Case No. 1:11-cv-01257-AWI-BAM

**ORDER APPROVING
SUBSTITUTION OF ATTORNEY**

11 | Plaintiffs,

v.

12

13 | GREGORY SMITH, an individual,
RICHARD LASTER, an individual, JANE
NASH AS TRUSTEE OF THE JANE
14 | HIGGINS NASH TRUST, JANE NASH AS
EXECUTOR OF THE ESTATE OF
15 | DECATUR HIGGINS A/K/A THE ESTATE
OF MABEL ELAINE HIGGINS
16

Defendants.

17

18 | GREGORY SMITH, individually, and doing
business as PARAGON CLEANERS,
19

20 | Counter-Complainant
and Cross-Complainant,

21 | v.

VIOLA COPPOLA, GARY COPPOLA,
22 | THE TRUST OF ANTHONY M.
COPPOLA, JANE HIGGINS NASH, AS
23 | TRUSTEE OF THE TRUST IN THE
ESTATE OF MABEL ELAINE HIGGINS,
24 | Deceased, A/K/A THE TRUST IN THE
ESTATE OF MABEL ELAINE HIGGINS,
25 | Deceased

26 | Counter-Defendants
and Cross-Defendants.

27

28

1

THE JANE HIGGINS NASH TRUST,

                   Cross-Complainant,

      v.

GREGORY SMITH, RICHARD LASTER,
and DOES 1-100, inclusive,

                   Cross-Defendants.

     Pursuant to Eastern District Local Rule 83-182(g), Defendant RICHARD LASTER hereby substitutes Lori J. Gualco, Gualco Law, 400 Capitol Mall, Eleventh Floor, Sacramento, California, telephone 916-930-0700, facsimile 916-930-0705, email address ljgualco@gualcolaw.com (no change), as attorney of record in the place and stead of Lori J. Gualco, Frank Law Group, P.C.

I authorize the above substitution:

Dated:  December 16, 2011          RICHARD LASTER

                                      By: /s/ Richard Laster (as authorized on 12-16-11)

I consent to the above substitution:

Dated:  December 19, 2011          FRANK LAW GROUP, P.C.

                                      By: /s/ David E. Frank (as authorized on 12-19-11)
                                         DAVID E. FRANK

/ / /

/ / /

/ / /

/ / /

1   I accept the above substitution:

2   Dated:  December 13, 2011                    GUALCO LAW

3

4                                               By:___/s/ Lori J. Gualco_____
                                                    LORI J. GUALCO
5

6

7

8

9   IT IS SO ORDERED.

10      Dated:    **December 22, 2011**            ____/s/ *Barbara A. McAuliffe*
                                                    UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28