LORI J. GUALCO, ESQ. (Bar No. 95232)
GUALCO LAW
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Telephone: (916) 930-0700
Facsimile: (916) 930-0705
Email: ljgualco@gualcolaw.com

Attorneys for Defendant
GREGORY SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY SMITH, an individual, RICHARD LASTER, an individual, JANE NASH AS TRUSTEE OF THE JANE HIGGINS NASH TRUST, JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS A/K/A THE ESTATE OF MABEL ELAINE HIGGINS<br><br>Defendants. | Case No. 1:11-cv-01257-AWI-BAM<br><br>**ORDER APPROVING SUBSTITUTION OF ATTORNEY** |
| GREGORY SMITH, individually, and doing business as PARAGON CLEANERS,<br><br>Counter-Complainant and Cross-Complainant,<br><br>v.<br><br>VIOLA COPPOLA, GARY COPPOLA, THE TRUST OF ANTHONY M. COPPOLA, JANE HIGGINS NASH, AS TRUSTEE OF THE TRUST IN THE ESTATE OF MABEL ELAINE HIGGINS, Deceased, A/K/A THE TRUST IN THE ESTATE OF MABEL ELAINE HIGGINS, Deceased<br><br>Counter-Defendants and Cross-Defendants. | |

1

THE JANE HIGGINS NASH TRUST,

           Cross-Complainant,

v.

GREGORY SMITH, RICHARD LASTER, and DOES 1-100, inclusive,

           Cross-Defendants.

     Pursuant to Eastern District Local Rule 83-182(g), Defendant GREGORY SMITH hereby substitutes Lori J. Gualco, Gualco Law, 400 Capitol Mall, Eleventh Floor, Sacramento, California, telephone 916-930-0700, facsimile 916-930-0705, email address ljgualco@gualcolaw.com (not change) as attorney of record in the place and stead of Lori J. Gualco, Frank Law Group, P.C.

I authorize the above substitution:

Dated:  December 21, 2011        GREGORY SMITH

                                              By: /s/ Gregory Smith (as authorized on 12-21-11)

I consent to the above substitution:

Dated:  December 21, 2011        FRANK LAW GROUP, P.C.

                                              By: /s/ David E. Frank (as authorized on 12-21-11)
                                                    DAVID E. FRANK

/ / /

/ / /

/ / /

/ / /

1 | I accept the above substitution:
2 | Dated:  December 21, 2011          GUALCO LAW
3 |
4 |                                    By: /s/ Lori J. Gualco
5 |                                        LORI J. GUALCO
6 |
7 |
8 |
9 | IT IS SO ORDERED.
10 |    Dated:   **December 22, 2011**            /s/ *Barbara A. McAuliffe*
11 |                                        UNITED STATES MAGISTRATE JUDGE

3