1   LORI J. GUALCO, ESQ. (Bar No. 95232)
    GUALCO LAW
2   400 Capitol Mall, Eleventh Floor
    Sacramento, CA 95814
3   Telephone:  (916) 930-0700
    Facsimile:   (916) 930-0705
4   Email: ljgualco@gualcolaw.com

5   Attorneys for Defendant
    GREGORY SMITH
6

7                   UNITED STATES DISTRICT COURT

8          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9

10  VIOLA COPPOLA, GARY COPPOLA, and        Case No. 1:11-cv-01257-AWI-BAM
    THE TRUST OF ANTHONY M. COPPOLA,
11                                          **ORDER APPROVING**
                    Plaintiffs,             **SUBSTITUTION OF ATTORNEY**
12          v.

13  GREGORY SMITH, an individual,
    RICHARD LASTER, an individual, JANE
14  NASH AS TRUSTEE OF THE JANE
    HIGGINS NASH TRUST, JANE NASH AS
15  EXECUTOR OF THE ESTATE OF
    DECATUR HIGGINS A/K/A THE ESTATE
16  OF MABEL ELAINE HIGGINS

17                  Defendants.

18

19  GREGORY SMITH, individually, and doing
    business as PARAGON CLEANERS,

20                  Counter-Complainant
                    and Cross-Complainant,
21          v.

22  VIOLA COPPOLA, GARY COPPOLA,
    THE TRUST OF ANTHONY M.
23  COPPOLA, JANE HIGGINS NASH, AS
    TRUSTEE OF THE TRUST IN THE
24  ESTATE OF MABEL ELAINE HIGGINS,
    Deceased, A/K/A THE TRUST IN THE
25  ESTATE OF MABEL ELAINE HIGGINS,
    Deceased
26
                    Counter-Defendants
27                  and Cross-Defendants.

28

                            1

THE JANE HIGGINS NASH TRUST,

                Cross-Complainant,

      v.

GREGORY SMITH, RICHARD LASTER, and DOES 1-100, inclusive,

                Cross-Defendants.

      Pursuant to Eastern District Local Rule 83-182(g), Defendant GREGORY SMITH hereby substitutes Lori J. Gualco, Gualco Law, 400 Capitol Mall, Eleventh Floor, Sacramento, California, telephone 916-930-0700, facsimile 916-930-0705, email address ljgualco@gualcolaw.com (not change) as attorney of record in the place and stead of Lori J. Gualco, Frank Law Group, P.C.

I authorize the above substitution:

Dated:  December 21, 2011        GREGORY SMITH

                              By: /s/ Gregory Smith (as authorized on 12-21-11)

I consent to the above substitution:

Dated:  December 21, 2011        FRANK LAW GROUP, P.C.

                              By: /s/ David E. Frank (as authorized on 12-21-11)
                                   DAVID E. FRANK

/ / /

/ / /

/ / /

/ / /

1  I accept the above substitution:

2  Dated:  December 21, 2011                    GUALCO LAW

3

4                                              By: /s/ Lori J. Gualco
                                                  LORI J. GUALCO
5

6

7

8

9  IT IS SO ORDERED.

10     Dated:    **December 22, 2011**              /s/ *Barbara A. McAuliffe*
                                               UNITED STATES MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3