UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA,<br><br>    Plaintiffs,<br> v.<br><br>GREGORY SMITH, an individual, RICHARD LASTER, an individual, JANE NASH AS TRUSTEE OF THE JANE HIGGINS NASH TRUST, JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS A/K/A THE ESTATE OF MABEL ELAINE HIGGINS,<br><br>    Defendants. | Case No. 1:11-cv-01257-AWI-BAM<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED ANSWER** |
| GREGORY SMITH, individually, and doing business as PARAGON CLEANERS,<br><br>    Counter-Complainant<br>    and Cross-Complainant,<br> v.<br><br>VIOLA COPPOLA, GARY COPPOLA, THE TRUST OF ANTHONY M. COPPOLA, JANE HIGGINS NASH, AS TRUSTEE OF THE TRUST IN THE ESTATE OF MABEL ELAINE HIGGINS, Deceased, A/K/A THE TRUST IN THE ESTATE OF MABEL ELAINE HIGGINS, Deceased<br><br>    Counter-Defendants<br>    and Cross-Defendants. | |
| THE JANE HIGGINS NASH TRUST,<br><br>    Cross-Complainant,<br> v.<br><br>GREGORY SMITH, RICHARD LASTER, and DOES 1-100, inclusive,<br><br>    Cross-Defendants. | |

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA 95814

Based on the Stipulation of the parties (Doc. 31), and good cause shown, the Court orders that Defendant Richard Laster be allowed to file DEFENDANT RICHARD LASTER'S FIRST AMENDED (1) ANSWER TO AMENDED COMPLAINT; (2) COUNTERCLAIMS AGAINST PLAINTIFFS; (3) CROSS-CLAIMS AGAINST OTHER DEFENDANTS; and, (4) DEMAND FOR JURY TRIAL.  The Court further orders that (1) the answer of Defendant Jane Higgins Nash ("Jane Nash") as Trustee of the Trust created by the ESTATE OF MABEL ELAINE HIGGINS, deceased, commonly known as the Jane Higgins Nash Trust and as EXECUTOR of the ESTATE OF DECATUR HIGGINS, DECEASED and the ESTATE OF MABEL ELAINE HIGGINS, DECEASED shall be deemed the answer of each of the four newly added cross-defendants; (2) that each newly added cross-defendant is deemed to be a counter-claimant to the counterclaims raised by Jane Nash as to the other parties; and, (3) that the answer of each such counter-defendant shall be deemed the answer to the counter-claims of each new added counter-claimant.

IT IS SO ORDERED.

Dated:   **April 16, 2012**              /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE