**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TELEPHONE: (805) 963-9090
FACSIMILE: (805) 963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Jeff Coyner, SBN 233499
jeff@grebenlaw.com
Danielle De Smeth, SBN 263309
danielle@grebenlaw.com
Attorneys for Plaintiffs Viola Coppola, Gary Coppola and the Trust of Anthony M. Coppola

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY SMITH, an individual, RICHARD LASTER, an individual; and THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS A/K/A THE ESTATE OF MABEL ELAINE HIGGINS,<br>COOPER INDUSTRIES LTD and DOES 1-20, inclusive;<br><br>Defendants.<br><br>AND RELATED COUNTER AND CROSS CLAIMS. | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**STIPULATION AND ORDER TO ADD NEW PARTIES AND FILE SECOND AMENDED COMPLAINT** |

1  IT IS HEREBY STIPULATED by and between the existing parties to this case, plaintiffs Viola Coppola, Gary Coppola and the Trust of Anthony M. Coppola, and defendants the Jane Higgins Nash Trust, Gregory Smith, Richard Laster and the Estate of Decatur Higgins a/k/a the Estate of Mabel Elaine Higgins (collectively "the Parties"), plaintiffs may file a second amended complaint wherein six new parties shall be added to this action.  They are: Cal Water Service Company; the City of Visalia; the former owners and/or operators of Miller's Cleaners at 110 North Willis Street in Visalia, California, Harley and Cheryl Miller; the prior owners of the Property at 110 North Willis, Visalia, California Benart Main Street Properties; and the current owner of the Property at 110 North Willis, Visalia, California, Martin and Martin Properties (collectively "new defendants").  The Proposed Second Amended Complaint is attached hereto as Exhibit A.

The proposed amendment comports with Fed. R. Civ. Proc 15(a) and Dkt. No. 38, wherein the Court allowed any motion or stipulation to add new parties to be filed on or before June 29, 2012.

Date:   June 29, 2012                    GREBEN & ASSOCIATES

                                           /s/ Jan A. Greben
                                         Jan A. Greben
                                         Jeff Coyner
                                         Danielle De Smeth
                                         Attorneys for Viola Coppola, Gary Coppola and the
                                         Trust of Anthony M. Coppola


Date:   June 29, 2012                    GUALCO LAW

                                           /s/ Lori J. Gualco
                                         Lori J. Gualco
                                         Attorney for Richard Laster


Date:   June 29, 2012                    GUALCO LAW

                                           /s/ Lori J. Gualco
                                         Lori J. Gualco
                                         Attorney for Gregory Smith

Date:   June 29, 2012                    WILLIAMS, JORDAN, BRODERSEN &

PRITCHETT

/s/ Steven R. Williams
Steven R. Williams
Attorneys for The Jane Higgins Nash Trust

**ORDER**

Having reviewed the parties Stipulation, IT IS HEREBY ORDERED:

1) The Second Amended Complaint is deemed filed as of the date of this order;

2) The Clerk of the Court shall file the Second Amended Complaint, attached as Exhibit A, as a separate entry in the docket for purposes of clarifying the record (Doc. 39-1); and

3) Defendants' Answers are due 21 days after the date of this order.

IT IS SO ORDERED.

Dated:   June 29, 2012          /s/ Barbara A McAuliffe
                                UNITED STATES MAGISTRATE JUDGE