GREGORY R. MCCLINTOCK - State Bar No. 43987
gmcclintock@glaserweil.com
NOAH PERCH-AHERN - State Bar No. 262164
nperchahern@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

Attorneys for
Defendant California Water Service Company

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY SMITH, an individual, RICHARD LASTER, an individual, and THE JANE HIGGINS NASH TRUST, JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS A/K/A THE ESTATE OF MABEL ELAINE HIGGINS, HARLEY MILLER, an individual, CHERYL MILLER, an individual, MARTIN AND MARTIN PROPERTIES, BENART MAIN STREET PROPERTIES, CAL WATER SERVICE COMPANY, the CITY OF VISALIA and DOES 1-20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER AND CROSS CLAIMS. | CASE NO.: 1:11-CV-01257-AWI-BAM<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME FOR CALIFORNIA WATER SERVICE COMPANY TO RESPOND TO SECOND AMENDED COMPLAINT** |

773610

1 **IT IS HEREBY STIPULATED** by and between defendant California Water
2 Service Company ("Cal Water") and plaintiffs Viola Coppola, Gary Coppola, and the
3 Trust of Anthony M. Coppola ("Plaintiffs") that the deadline for Cal Water to respond
4 to Plaintiffs' Second Amended Complaint ("SAC") shall be extended by a period of
5 twenty-eight (28) days.  Cal Water was served with the SAC on July 9, 2012, and the
6 original deadline for Cal Water's responsive pleading was twenty-one (21) days later,
7 July 30, 2012.  Based upon this Stipulation, Cal Water's deadline to respond to the
8 SAC is now August 27, 2012.
9     This Stipulation comports with Federal Rule of Civil Procedure 6 and Local
10 Rule 144.

16 DATED: July 18, 2012

GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP

By: /s/ Noah Perch-Ahern
    GREG MCCLINTOCK
    NOAH PERCH-AHERN
    Attorneys for
      CALIFORNIA WATER SERVICE
    COMPANY

Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP

DATED: July 18, 2012    GREBEN & ASSOCIATES

By: /s/ Jan. A. Greben
JAN A. GREBEN
JEFF COYNER
DANIELLE DE SMETH
Attorneys for
  VIOLA COPPOLA, GARY COPPOLA
AND THE TRUST OF ANTHONY M.
COPPOLA

## **ORDER**

Pursuant to Stipulation between the parties, IT IS HEREBY ORDERED that Defendant California Water Service Company's amended answer is due on or before August 27, 2012.

IT IS SO ORDERED.

Dated:   **July 19, 2012**        /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE