UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY SMITH, et al.,<br><br>Defendants. | Case No. 1:11-cv-01257-AWI-BAM<br><br>ORDER EXTENDING TIME FOR MARTIN AND MARTIN PROPERTIES, LLC TO RESPOND TO SECOND AMENDED COMPLAINT |
| AND RELATED COUNTER AND CROSS CLAIMS. | |

# **ORDER**

Pursuant to Stipulation filed on July 18, 2012, between Plaintiffs Viola Coppola, Gary Coppola, and The Trust of Anthony M. Coppola, and Defendant Martin and Martin Properties, LLC, Docket No. 44, IT IS HEREBY ORDERED that Defendant Martin and Martin Properties, LLC's response to the Second Amended Complaint shall be filed and served on or before August 24, 2012.

IT IS SO ORDERED.

Dated: **July 23, 2012**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE