1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT

9        EASTERN DISTRICT OF CALIFORNIA

10       FRESNO DIVISION

| | |
|---|---|
| 11  VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA, | Case No. 1:11-cv-01257-AWI-BAM |
| 12 | ORDER EXTENDING TIME FOR MARTIN AND MARTIN PROPERTIES, LLC TO RESPOND TO SECOND AMENDED COMPLAINT |
| 13           Plaintiffs, | |
| 14       vs. | |
| 15  GREGORY SMITH, et al., | |
| 16           Defendants. | |
| 17 | |
| 18  AND RELATED COUNTER AND CROSS CLAIMS. | |
| 19 | |

20
21
22
23
24
25
26
27
28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

934634.01/LA

ORDER EXTENDING TIME FOR MARTIN AND MARTIN PROPERTIES, LLC TO
RESPOND TO SECOND AMENDED COMPLAINT

## ORDER

Pursuant to Stipulation filed on July 18, 2012, between Plaintiffs Viola Coppola, Gary Coppola, and The Trust of Anthony M. Coppola, and Defendant Martin and Martin Properties, LLC, Docket No. 44, IT IS HEREBY ORDERED that Defendant Martin and Martin Properties, LLC's response to the Second Amended Complaint shall be filed and served on or before August 24, 2012.

IT IS SO ORDERED.

Dated:   **July 23, 2012**                      /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

934634.01/LA

-1-
ORDER EXTENDING TIME FOR MARTIN AND MARTIN PROPERTIES, LLC TO
RESPOND TO SECOND AMENDED COMPLAINT