1

2

3

4

5

6

7

8                UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10                      FRESNO DIVISION

11 | VIOLA COPPOLA, GARY COPPOLA,          Case No. 1:11-cv-01257-AWI-BAM
   and THE TRUST OF ANTHONY M.
12 COPPOLA,                                ORDER EXTENDING TIME UNTIL
                                           SEPTEMBER 10, 2012 FOR MARTIN
13              Plaintiffs,                AND MARTIN PROPERTIES, LLC TO
                                           RESPOND TO OPERATIVE
14       vs.                               COMPLAINT

15 GREGORY SMITH, et al.,                  Current Response Date: August 24, 2012
                                           New Response Date: September 10, 2012
16              Defendants.

17

18 AND RELATED COUNTER AND
   CROSS CLAIMS.
19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

936987.01/LA        ORDER EXTENDING TIME FOR MARTIN AND MARTIN PROPERTIES, LLC TO
                              RESPOND TO OPERATIVE COMPLAINT

1

## **ORDER**

2          Pursuant to Stipulation filed by Plaintiffs Viola Coppola, Gary Coppola, and

3   The Trust of Anthony M. Coppola, and Defendant Martin and Martin Properties,

4   LLC (Doc. 62), IT IS HEREBY ORDERED that Defendant Martin and Martin

5   Properties, LLC's response to the operative complaint in this action shall be due on

6   September 10, 2012 or within 14 days after service of any amended pleading,

7   whichever is later.

8

9   IT IS SO ORDERED.

10          Dated:    August 16, 2012                    /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

936987.01/LA

-1-

ORDER EXTENDING TIME FOR MARTIN AND MARTIN PROPERTIES, LLC TO
RESPOND TO OPERATIVE COMPLAINT