UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY SMITH, et al.,<br><br>Defendants. | Case No. 1:11-cv-01257-AWI-BAM<br><br>ORDER EXTENDING TIME UNTIL SEPTEMBER 10, 2012 FOR MARTIN AND MARTIN PROPERTIES, LLC TO RESPOND TO OPERATIVE COMPLAINT<br><br>Current Response Date: August 24, 2012<br>New Response Date: September 10, 2012 |
| AND RELATED COUNTER AND CROSS CLAIMS. | |

# **ORDER**

Pursuant to Stipulation filed by Plaintiffs Viola Coppola, Gary Coppola, and The Trust of Anthony M. Coppola, and Defendant Martin and Martin Properties, LLC (Doc. 62), IT IS HEREBY ORDERED that Defendant Martin and Martin Properties, LLC's response to the operative complaint in this action shall be due on September 10, 2012 or within 14 days after service of any amended pleading, whichever is later.

IT IS SO ORDERED.

Dated:   August 16, 2012          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

936987.01/LA

-1-
ORDER EXTENDING TIME FOR MARTIN AND MARTIN PROPERTIES, LLC TO RESPOND TO OPERATIVE COMPLAINT