**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Jeff Coyner, SBN 233499
jeff@grebenlaw.com

Attorneys for Plaintiffs VIOLA COPPOLA, GARY COPPOLA,
and THE TRUST OF ANTHONY M. COPPOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA;<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY SMITH, an individual; RICHARD LASTER, an individual; and THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS, HARLEY MILLER, an individual; CHERYL MILLER, an individual; MARTIN AND MARTIN PROPERTIES, BENART MAIN STREET PROPERTIES, CAL WATER SERVICE COMPANY, the CITY OF VISALIA and DOES 7-20, inclusive;<br><br>Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**STIPULATION AND ORDER REGARDING FILING OF THIRD AMENDED COMPLAINT** |
|---|---|

**IT IS HEREBY STIPULATED** by and between all parties, other than Martin and Martin Properties ("Martin"), that Plaintiffs shall be allowed to file a Third Amended Complaint. Martin has entered into a separate stipulation on file with the Court extending its response date to September 10, 2012, and has advised it does not oppose this Stipulation. The Third Amended Complaint will contain the following revisions:

- 1 -
STIPULATION AND ORDER REGARDING FILING OF THIRD AMENDED   1:11-CV-01257-AWI-BAM
COMPLAINT

1  • Paragraph 36 would be revised to the following: "CWS 02-03 was abandoned in 2005. Before it was abandoned, CWS 02-03 contained concentrations of PCE above the Method Detection Limit."

• Paragraph 64 would be revised to allege Health and Safety Code § 25363(e) instead of the current 26363(e).

• Plaintiffs would dismiss the Negligence claim against the City of Visalia ("City"). This claim remains alleged against all other parties.

The Third Amended Complaint shall be filed by August 22, 2012. Defendants shall have up to and including September 12, 2012 to respond to the Third Amended Complaint.

The City has a pending Motion to Dismiss Plaintiffs' claim for HSAA, calendared for hearing on September 24, 2012. This hearing will remain as calendared as the allegations in the proposed Third Amended Complaint remain unchanged as to that claim.

Dated: August 16, 2012                              GREBEN & ASSOCIATES


                                                    /s/ Jan A. Greben
                                                    ──────────────────────
                                                    Jan A. Greben
                                                    Jeff Coyner
                                                    Attorneys for Plaintiffs VIOLA COPPOLA,
                                                    GARY COPPOLA, and the TRUST OF
                                                    ANTHONY M. COPPOLA


Dated: August 16, 2012                              GUALCO LAW


                                                    /s/ Lori J. Gualco
                                                    ──────────────────────
                                                    Lori J. Gualco
                                                    Attorneys for Defendants RICHARD
                                                    LASTER and GREGORY SMITH

- 3 -

| | | |
|---|---|---|
| 1 | Dated: August 16, 2012 | WILLIAMS, JORDAN, BRODERSEN & PRITCHETT LLP |

/s/ Steven R. Williams
Steven R. Williams
Attorneys for Defendant JANE NASH, as TRUSTEE OF THE JANE HIGGINS NASH TRUST

Dated: August 16, 2012    GLASER, WEIL, FINK, JACOBS, HOWARD, AVCHEN & SHAPIRO LLP

/s/ Gregory R. McClintock
Gregory R. McClintock
Noah P. Perch-Ahern
Attorneys for Defendant CALIFORNIA WATER SERVICE COMPANY

Dated: August 16, 2012    DOOLEY, HERR, PELTZER & RICHARDSON

/s/ Leonard C. Herr
Leonard C. Herr
Attorneys for Defendant CITY OF VISALIA

Dated: August 16, 2012    CHIELPEGIAN LAW OFFICES

/s/ Mark E. Chielpegian
Mark E. Chielpegian
Attorneys for Defendant BENART MAIN STREET PROPERTIES

///
///
///
///
///

STIPULATION AND ORDER REGARDING FILING OF THIRD AMENDED COMPLAINT    1:11-CV-01257-AWI-BAM

**ORDER**

Based on the Stipulation of the Parties, IT IS HEREBY ORDERED that Plaintiffs' shall have up to and including August 22, 2012 to file a Third Amended Complaint.  Defendants shall have up to and including September 12, 2012 to respond to the Third Amended Complaint.

IT IS SO ORDERED.

Dated:   August 16, 2012                            /s/ Barbara A. Auliffe
UNITED STATES MAGISTRATE JUDGE