UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>GREGORY SMITH, et al.,<br><br>                    Defendants.<br><br>_____<br><br>AND RELATED COUNTER AND CROSS CLAIMS. | Case No. 1:11-cv-01257-AWI-BAM<br><br>ORDER CONTINUING HEARING ON MARTIN AND MARTIN PROPERTIES, LLC'S MOTION TO DISMISS TO NOVEMBER 5, 2012<br><br>Date:     November 5, 2012<br>Time:     1:30 p.m.<br>Ctrm:     2<br>Judge:   Hon. Anthony W. Ishii |

Pursuant to Stipulation filed by Plaintiffs Viola Coppola, Gary Coppola, and The Trust of Anthony M. Coppola ("Plaintiffs"), and Defendant Martin and Martin Properties, LLC ("Martin and Martin"), IT IS HEREBY ORDERED that the hearing on Martin and Martin's Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Twelfth, Thirteenth, and Fourteenth Causes of Action in Plaintiffs' Third Amended Complaint ("Motion to Dismiss") shall be continued from October 29, 2012 to Monday, November 5, 2012, at 1:30 p.m.; Plaintiffs' opposition or statement of non-opposition to the Motion to Dismiss shall be due on October 15, 2012; and Martin and Martin's reply, if any, shall be due on October 22, 2012.

IT IS SO ORDERED.

Dated:   September 13, 2012          _____

CHIEF UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

939104.01/LA

-2-