UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA,<br><br>             Plaintiffs,<br>  v.<br><br>GREGORY SMITH, an individual, RICHARD LASTER, an individual, JANE NASH AS TRUSTEE OF THE JANE HIGGINS NASH TRUST, JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS A/K/A THE ESTATE OF MABEL ELAINE HIGGINS,<br><br>             Defendants. | Case No. 1:11-cv-01257-AWI-BAM<br><br>**ORDER EXTENDING TIME FOR DEFENDANTS GREGORY SMITH, RICHARD LASTER AND BENART MAIN STREET PROPERTIES TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |
| RICHARD LASTER, individually, and formerly doing business as PARAGON CLEANERS,<br><br>             Counter-Complainant<br>             and Cross-Complainant,<br>  v.<br><br>VIOLA COPPOLA, GARY COPPOLA, THE TRUST OF ANTHONY M. COPPOLA, JANE HIGGINS NASH, AS TRUSTEE OF THE TRUST IN THE ESTATE OF MABEL ELAINE HIGGINS, Deceased, A/K/A THE TRUST IN THE ESTATE OF MABEL ELAINE HIGGINS, Deceased<br><br>             Counter-Defendants<br>and Cross-Defendants. | |

THE JANE HIGGINS NASH TRUST,

        Cross-Complainant,

v.

GREGORY SMITH, RICHARD LASTER, and DOES 1-100, inclusive,

        Cross-Defendants.

Based on Stipulations of the parties (Doc. 74, 75, 76), and for good cause shown, the Court orders that Defendants Gregory Smith, Richard Laster and Benart Main Street Properties be granted extensions of time to file their responses to Plaintiffs' Third Amended Complaint as follows:

- Defendant Bernart Main Street Properties shall file their answer on or before September 26, 2012;
- Defendant Richard Laster shall file his answer on or before September 19, 2012;
- Defendant Gregory Smith shall file his answer on or before September 19, 2012.

IT IS SO ORDERED.

Dated:   **September 13, 2012**          /s/ Barbara A. McAuliffe
                                                                                 UNITED STATES MAGISTRATE JUDGE