| | |
|---|---|
| Leonard C. Herr, #081896<br>Ron Statler, #234177<br>DOOLEY, HERR, PELTZER & RICHARDSON<br>Attorneys at Law, LLP<br>100 Willow Plaza, Suite 300<br>Visalia, California  93291<br>Telephone:  (559) 636-0200 | **EXEMPT FROM FILING FEES**<br>**[Gov. Code §6103]** |

Attorneys for Defendant, CITY OF VISALIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA,<br><br>              Plaintiffs,<br>    v.<br><br>GREGORY SMITH, an individual, RICHARD LASTER, an individual; and THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS A/K/A THE ESTATE OF MABEL ELAINE HIGGINS, HARLEY MILLER, an individual, CHERYL MILLER, an individual, MARTIN AND MARTIN PROPERTIES, BENART MAIN STREET PROPERTIES, CAL WATER SERVICE COMPANY, the CITY OF VISALIA and DOES 1-20, inclusive,<br><br>              Defendants.<br>_____<br><br>AND RELATED COUNTER AND CROSS-CLAIMS. | Case No.: 1:11-cv-01257-AWI-BAM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT CITY OF VISALIA TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

LAW OFFICES
DOOLEY  HERR
PELTZER &
RICHARDSON,
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

1

1  Plaintiffs and Defendant City of Visalia do hereby enter into the following
2 stipulation and ask that this Court enter an Order extending the time for City of
3 Visalia to respond to the Third Amended Complaint as follows:

4  **RECITALS**

5  WHEREAS, the parties have once before entered into a stipulation
6 regarding the time to respond, and

7  WHEREAS, the earlier stipulation recognized pending motions to dismiss
8 the second and third causes of action in the Second Amended Complaint, and

9  WHEREAS, the earlier stipulation called for an answer on September 12,
10 2012, and

11  WHEREAS, the parties have agreed that economy of litigation is served by
12 extending the time to respond to the Third Amended Complaint until after
13 resolution of the motions to dismiss.

14  **STIPULATION**

15  Plaintiffs and City do hereby stipulate that the time for City to file a
16 response shall be determined as follows:

17  1.  Should the Court grant the City's motions to dismiss, Plaintiffs shall
18 file an amended complaint and the time to respond shall be determined by
19 ordinary rules of civil procedure in this Court.

20  2.  Should the Court deny the City's motions to dismiss or grant the
21 motions without leave to amend, City shall file an answer within 7 calendar days
22 after the Court enters an order denying the motions.

23  IT IS SO STIPULATED.

24 DATED: September 14, 2012       GREBEN & ASSOCIATES

25
26          By:   /s/ Jan A. Greben
                 JAN A GREBEN
27               Attorneys for Plaintiffs and Cross-
                 Defendants, Viola Coppola, Gary Coppola
28               and The Trust of Anthony M. Coppola

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON,
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

2

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT CITY
OF VISALIA TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**

DATED: September 14, 2012        DOOLEY, HERR, PELTZER & RICHARDSON, LLP


By:     /s/ Leonard C. Herr
       LEONARD C. HERR,
       Attorney for Defendant,
       CITY OF VISALIA

### ORDER

Based on the above stipulation, and for good cause shown, the Court orders as follows:

1. Should the Court grant the City's motions to dismiss, Plaintiffs shall file an amended complaint and the time to respond shall be determined by ordinary rules of civil procedure in this Court;

2. Should the Court deny the City's motions to dismiss or grant the motions without leave to amend, City shall file an answer within 7 calendar days after the Court enters an order denying the motions.

IT IS SO ORDERED.

Dated:   **September 18, 2012**           /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON,
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

3

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT CITY
OF VISALIA TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT