Leonard C. Herr, #081896
Ron Statler, #234177
DOOLEY, HERR, PELTZER & RICHARDSON
Attorneys at Law, LLP
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendant, CITY OF VISALIA

**EXEMPT FROM FILING FEES**
**[Gov. Code §6103]**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA,

Plaintiffs,

v.

GREGORY SMITH, an individual, RICHARD LASTER, an individual; and THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS A/K/A THE ESTATE OF MABEL ELAINE HIGGINS, HARLEY MILLER, an individual, CHERYL MILLER, an individual, MARTIN AND MARTIN PROPERTIES, BENART MAIN STREET PROPERTIES, CAL WATER SERVICE COMPANY, the CITY OF VISALIA and DOES 1-20, inclusive,

Defendants.

AND RELATED COUNTER AND CROSS-CLAIMS.

Case No.: 1:11-cv-01257-AWI-BAM

**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT CITY OF VISALIA TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT**



LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON,
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

Plaintiffs and Defendant City of Visalia do hereby enter into the following stipulation and ask that this Court enter an Order extending the time for City of Visalia to respond to the Third Amended Complaint as follows:

**RECITALS**

WHEREAS, the parties have once before entered into a stipulation regarding the time to respond, and

WHEREAS, the earlier stipulation recognized pending motions to dismiss the second and third causes of action in the Second Amended Complaint, and

WHEREAS, the earlier stipulation called for an answer on September 12, 2012, and

WHEREAS, the parties have agreed that economy of litigation is served by extending the time to respond to the Third Amended Complaint until after resolution of the motions to dismiss.

**STIPULATION**

Plaintiffs and City do hereby stipulate that the time for City to file a response shall be determined as follows:

1. Should the Court grant the City's motions to dismiss, Plaintiffs shall file an amended complaint and the time to respond shall be determined by ordinary rules of civil procedure in this Court.

2. Should the Court deny the City's motions to dismiss or grant the motions without leave to amend, City shall file an answer within 7 calendar days after the Court enters an order denying the motions.

IT IS SO STIPULATED.

DATED: September 14, 2012 GREBEN & ASSOCIATES

By: /s/ Jan A. Greben
JAN A GREBEN
Attorneys for Plaintiffs and Cross-Defendants, Viola Coppola, Gary Coppola and The Trust of Anthony M. Coppola



LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON,
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

DATED: September 14, 2012 DOOLEY, HERR, PELTZER & RICHARDSON, LLP

By: /s/ Leonard C. Herr
LEONARD C. HERR,
Attorney for Defendant,
CITY OF VISALIA

**ORDER**

Based on the above stipulation, and for good cause shown, the Court orders as follows:

1. Should the Court grant the City's motions to dismiss, Plaintiffs shall file an amended complaint and the time to respond shall be determined by ordinary rules of civil procedure in this Court;
2. Should the Court deny the City's motions to dismiss or grant the motions without leave to amend, City shall file an answer within 7 calendar days after the Court enters an order denying the motions.

IT IS SO ORDERED.

Dated: **September 18, 2012** /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
DOOLEY HERR
PELTZER &
RICHARDSON,
Attorneys at Law, LLP
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200