**CHIELPEGIAN LAW OFFICES**
A Professional Corporation
5200 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 225-5370
Facsimile: (559) 244-6931

Mark E. Chielpegian, #190314
mark@chielpegian.com
Lee S.W. Cobb
lee@chielpegian.com

Attorneys for Benart Main Street Properties

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA and THE TRUST OF ANTHONY M. COPPOLA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GREGORY SMITH, an individual, RICHARD LASTER, an individual; and THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS AKA THE ESTATE OF MABEL ELAINE HIGGINS, HARLEY MILLER, an individual, CHERYL MILLER, an individual, MARTIN AND MARTIN PROPERTIES, BENART MAIN STREET PROPERTIES, CAL WATER SERVICE COMPANY, the CITY OF VISALIA and DOES 1-20, inclusive;<br><br>　　　　Defendants.<br><br>AND RELATED COUNTER AND CROSS CLAIMS. | Case No. 1:11-CV-01257-AWI-BAM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT BENART MAIN STREET PROPERTIES TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

1 TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2     WHEREAS, defendant Benart Main Street Properties' ("Benart")
3 - Benart's counsel is informed and believes that the proper
4 entity/party-defendant is/was actually named "Benart - Main
5 Street Investors, a California corporation" - deadline to file
6 and serve a pleading responsive to plaintiffs Viola Coppola's,
7 Gary Coppola's and The Trust of Anthony M. Coppola's
8 ("plaintiffs") third amended complaint is currently September 26,
9 2012.

10     WHEREAS, plaintiffs have agreed that Benart shall have an
11 additional thirty (30) days to respond to plaintiffs' third
12 amended complaint.

13     WHEREAS, Local Rule 144(a) allows for a stipulation between
14 the parties allowing for additional time to respond to a
15 complaint, such as the instant one.

16 \\
17 \\
18 \\
19 \\
20 \\
21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27 \\
28 \\

STIPULATION AND ORDER RE TIME TO RESPOND TO COMPLAINT

1   THE PARTIES HERETO, BY AND THROUGH THEIR RESPECTIVE COUNSEL,
2 DO HEREBY AGREE AND STIPULATE AS FOLLOWS:
3   That Benart shall have until October 26, 2012, to file and
4 serve its pleading responsive to plaintiffs' third amended
5 complaint.
6
7 Dated: September 24, 2012
8                                    **CHIELPEGIAN LAW OFFICES**
                                     A Professional Corporation
9
10
                                     By:/s/ Lee S.W. Cobb_____
11                                      MARK E. CHIELPEGIAN
                                        LEE S.W. COBB
12                                      Attorneys for BENART MAIN STREET
                                        PROPERTIES
13
14 Dated: September 24, 2012
                                     **GREBEN & ASSOCIATES**
15
16
                                     By:/s/ Jan A. Greben_____
17                                      JAN A. GREBEN
                                        JEFF COYNER
18                                      DANIELLE DE SMETH
                                        Attorneys for PLAINTIFFS
19
20
21
22
23
24
25
26
27
28

2
STIPULATION AND ORDER RE TIME TO RESPOND TO COMPLAINT

**ORDER**

Based on the foregoing stipulation, and good cause shown, the Court orders that Defendant Benart Main Street Properties be allowed to file his response to plaintiffs' Third Amended Complaint on or before October 26, 2012.

IT IS SO ORDERED.

Dated:   **September 26, 2012**                    **/s/ Barbara A. McAuliffe**
                                                   UNITED STATES MAGISTRATE JUDGE