1  **CHIELPEGIAN LAW OFFICES**
   A Professional Corporation
2  5200 N. Palm Avenue, Suite 201
   Fresno, California 93704
3  Telephone: (559) 225-5370
   Facsimile: (559) 244-6931
4
   Mark E. Chielpegian, #190314
5  mark@chielpegian.com
   Lee S.W. Cobb
6  lee@chielpegian.com

7  Attorneys for Benart Main Street Properties

8                    **UNITED STATES DISTRICT COURT**

9           **EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

10  VIOLA COPPOLA, GARY COPPOLA      )  Case No. 1:11-CV-01257-AWI-BAM
    and THE TRUST OF ANTHONY M.      )
11  COPPOLA,                         )  **STIPULATION AND ORDER**
                                     )  **EXTENDING TIME FOR DEFENDANT**
12            Plaintiffs,            )  **BENART MAIN STREET PROPERTIES**
                                     )  **TO RESPOND TO PLAINTIFFS'**
13  v.                               )  **THIRD AMENDED COMPLAINT**
                                     )
14  GREGORY SMITH, an individual,    )
    RICHARD LASTER, an               )
15  individual; and THE JANE         )
    HIGGINS NASH TRUST; JANE NASH    )
16  AS EXECUTOR OF THE ESTATE OF     )
    DECATUR HIGGINS AKA THE          )
17  ESTATE OF MABEL ELAINE           )
    HIGGINS, HARLEY MILLER, an       )
18  individual, CHERYL MILLER, an    )
    individual, MARTIN AND MARTIN    )
19  PROPERTIES, BENART MAIN          )
    STREET PROPERTIES, CAL WATER     )
20  SERVICE COMPANY, the CITY OF     )
    VISALIA and DOES 1-20,           )
21  inclusive;                       )
                                     )
22            Defendants.            )
                                     )
23  ─────────────────────────────── )
                                     )
24  AND RELATED COUNTER AND CROSS    )
    CLAIMS.                          )
25                                   )
    ─────────────────────────────── )
26

27

28

─────────────────────────────────────────────
         STIPULATION AND ORDER RE TIME TO RESPOND TO COMPLAINT

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

2       WHEREAS, defendant Benart Main Street Properties' ("Benart")

3  - Benart's counsel is informed and believes that the proper

4  entity/party-defendant is/was actually named "Benart - Main

5  Street Investors, a California corporation" - deadline to file

6  and serve a pleading responsive to plaintiffs Viola Coppola's,

7  Gary Coppola's and The Trust of Anthony M. Coppola's

8  ("plaintiffs") third amended complaint is currently October 26,

9  2012.

10      WHEREAS, plaintiffs have agreed that Benart shall have an

11  additional fourteen (14) days to respond to plaintiffs' third

12  amended complaint.

13      WHEREAS, Local Rule 144(a) allows for a stipulation between

14  the parties allowing for additional time to respond to a

15  complaint, such as the instant one.

16  \\

17  \\

18  \\

19  \\

20  \\

21  \\

22  \\

23  \\

24  \\

25  \\

26  \\

27  \\

28  \\

1      THE PARTIES HERETO, BY AND THROUGH THEIR RESPECTIVE COUNSEL,

2  DO HEREBY AGREE AND STIPULATE AS FOLLOWS:

3      That Benart shall have until November 9, 2012, to file and

4  serve its pleading responsive to plaintiffs' third amended

5  complaint.

6

7  Dated: October 24, 2012

8                                    **CHIELPEGIAN LAW OFFICES**
                                     A Professional Corporation

9

10

11                                   By:/s/ Lee S.W. Cobb_____
                                        MARK E. CHIELPEGIAN
                                        LEE S.W. COBB

12                                      Attorneys for BENART MAIN STREET
                                        PROPERTIES

13

14  Dated: October 24, 2012

                                     **GREBEN & ASSOCIATES**

15

16

17                                   By:/s/ Jan A. Greben_____
                                        JAN A. GREBEN
                                        JEFF COYNER

18                                      DANIELLE DE SMETH
                                        Attorneys for PLAINTIFFS

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      Based on the foregoing stipulation, and good cause shown,

3  the Court orders that Defendant Benart Main Street Properties be

4  allowed to file his response to plaintiffs' Third Amended

5  Complaint on or before November 9, 2012.

6      IT IS SO ORDERED.

7  **Dated:**   **October 26, 2012**          **/s/ Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28