1 | **CHIELPEGIAN LAW OFFICES**
A Professional Corporation
2 | 5200 N. Palm Avenue, Suite 201
Fresno, California 93704
3 | Telephone: (559) 225-5370
Facsimile: (559) 244-6931
4 |
Mark E. Chielpegian, #190314
5 | mark@chielpegian.com
Lee S.W. Cobb
6 | lee@chielpegian.com

7 | Attorneys for Benart Main Street Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| VIOLA COPPOLA, GARY COPPOLA and THE TRUST OF ANTHONY M. COPPOLA, | ) Case No. 1:11-CV-01257-AWI-BAM |
|---|---|
| Plaintiffs, | ) **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT BENART MAIN STREET PROPERTIES TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |
| v. | |
| GREGORY SMITH, an individual, RICHARD LASTER, an individual; and THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS AKA THE ESTATE OF MABEL ELAINE HIGGINS, HARLEY MILLER, an individual, CHERYL MILLER, an individual, MARTIN AND MARTIN PROPERTIES, BENART MAIN STREET PROPERTIES, CAL WATER SERVICE COMPANY, the CITY OF VISALIA and DOES 1-20, inclusive; | |
| Defendants. | |
| AND RELATED COUNTER AND CROSS CLAIMS. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

WHEREAS, defendant Benart Main Street Properties' ("Benart") - Benart's counsel is informed and believes that the proper entity/party-defendant is/was actually named "Benart - Main Street Investors, a California corporation" - deadline to file and serve a pleading responsive to plaintiffs Viola Coppola's, Gary Coppola's and The Trust of Anthony M. Coppola's ("plaintiffs") third amended complaint is currently October 26, 2012.

WHEREAS, plaintiffs have agreed that Benart shall have an additional fourteen (14) days to respond to plaintiffs' third amended complaint.

WHEREAS, Local Rule 144(a) allows for a stipulation between the parties allowing for additional time to respond to a complaint, such as the instant one.

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

1  THE PARTIES HERETO, BY AND THROUGH THEIR RESPECTIVE COUNSEL,
2 DO HEREBY AGREE AND STIPULATE AS FOLLOWS:
3  That Benart shall have until November 9, 2012, to file and
4 serve its pleading responsive to plaintiffs' third amended
5 complaint.

7 Dated: October 24, 2012
8                                 **CHIELPEGIAN LAW OFFICES**
                                A Professional Corporation

11                                 By:/s/ Lee S.W. Cobb_____
                                   MARK E. CHIELPEGIAN
                                   LEE S.W. COBB
                                   Attorneys for BENART MAIN STREET
                                   PROPERTIES

14 Dated: October 24, 2012
                                **GREBEN & ASSOCIATES**

17                                 By:/s/ Jan A. Greben_____
                                   JAN A. GREBEN
                                   JEFF COYNER
                                   DANIELLE DE SMETH
                                   Attorneys for PLAINTIFFS

1 **ORDER**

2   Based on the foregoing stipulation, and good cause shown,
3 the Court orders that Defendant Benart Main Street Properties be
4 allowed to file his response to plaintiffs' Third Amended
5 Complaint on or before November 9, 2012.

6   IT IS SO ORDERED.

7   Dated:  **October 26, 2012**              /s/ **Barbara A. McAuliffe**
                                             UNITED STATES MAGISTRATE JUDGE