IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLA COPPOLA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GREGORY SMITH, et. al., ) <br> ) <br> Defendants. ) <br> ) | 1:11-cv-1257  AWI DLB <br><br> VACATING NOVEMBER 5, 2012 HEARING AND TAKING MATTERS UNDER SUBMISSION |

Currently set for hearing and decision on November 5, 2012, are four separate motions to dismiss filed by three groups of Defendants. Pursuant to Local Rule 230(h), the court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 5, 2012, is VACATED, and the parties shall not appear at that time. As of November 5, 2012, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:    October 31, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE