**CHIELPEGIAN LAW OFFICES**
A Professional Corporation
5200 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 225-5370
Facsimile: (559) 244-6931

Mark E. Chielpegian, #190314
mark@chielpegian.com
Lee S.W. Cobb
lee@chielpegian.com

Attorneys for Benart Main Street Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA and THE TRUST OF ANTHONY M. COPPOLA,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GREGORY SMITH, an individual, RICHARD LASTER, an individual; and THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS AKA THE ESTATE OF MABEL ELAINE HIGGINS, HARLEY MILLER, an individual, CHERYL MILLER, an individual, MARTIN AND MARTIN PROPERTIES, BENART MAIN STREET PROPERTIES, CAL WATER SERVICE COMPANY, the CITY OF VISALIA and DOES 1-20, inclusive;<br><br>　　　　Defendants.<br><br>AND RELATED COUNTER AND CROSS CLAIMS. | Case No. 1:11-CV-01257-AWI-BAM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT BENART MAIN STREET PROPERTIES TO RESPOND TO PLAINTIFFS' THIRD AMENDED COMPLAINT** |

STIPULATION AND ORDER RE TIME TO RESPOND TO COMPLAINT

1  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:
2      WHEREAS, defendant Benart Main Street Properties' ("Benart")
3  - Benart's counsel is informed and believes that the proper
4  entity/party-defendant is/was actually named "Benart - Main
5  Street Investors, a California corporation" - deadline to file
6  and serve a pleading responsive to plaintiffs Viola Coppola's,
7  Gary Coppola's and The Trust of Anthony M. Coppola's
8  ("plaintiffs") third amended complaint is currently November 9,
9  2012.
10     WHEREAS, the parties have been engaged in discussions in an
11 effort to resolve this matter informally, and it appears that an
12 informal resolution of this matter is forthcoming.
13     WHEREAS, plaintiffs have therefore agreed that Benart shall
14 have an additional eighteen (18) days to respond to plaintiffs'
15 third amended complaint.
16     WHEREAS, Local Rule 144(a) allows for a stipulation between
17 the parties allowing for additional time to respond to a
18 complaint, such as the instant one.
19 \\
20 \\
21 \\
22 \\
23 \\
24 \\
25 \\
26 \\
27 \\
28 \\

1  THE PARTIES HERETO, BY AND THROUGH THEIR RESPECTIVE COUNSEL, DO HEREBY AGREE AND STIPULATE AS FOLLOWS:

That Benart shall have until November 27, 2012, to file and serve its pleading responsive to plaintiffs' third amended complaint.

Dated: November 7, 2012

        **CHIELPEGIAN LAW OFFICES**
        A Professional Corporation

        By: /s/ Lee S.W. Cobb
           MARK E. CHIELPEGIAN
           LEE S.W. COBB
           Attorneys for BENART MAIN STREET PROPERTIES

Dated: November 7, 2012

        **GREBEN & ASSOCIATES**

        By: /s/ Jan A. Greben
           JAN A. GREBEN
           JEFF COYNER
           DANIELLE DE SMETH
           Attorneys for PLAINTIFFS

**ORDER**

Based on the foregoing stipulation, and good cause shown, the Court orders that Defendant Benart Main Street Properties may file its response to plaintiffs' Third Amended Complaint on or before November 27, 2012.

IT IS SO ORDERED.

Dated:  **November 8, 2012**          /s/ **Barbara A. McAuliffe**
                                    UNITED STATES MAGISTRATE JUDGE