**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Brett A. Boon, SBN 283225
brett@grebenlaw.com

Attorneys for Plaintiffs VIOLA COPPOLA, GARY COPPOLA,
and THE TRUST OF ANTHONY M. COPPOLA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA;<br><br>    Plaintiffs,<br><br>v.<br><br>GREGORY SMITH, an individual, RICHARD LASTER, an individual; and THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS A/K/A THE ESTATE OF MABEL ELAINE HIGGINS, HARLEY MILLER, an individual, CHERYL MILLER, an individual, MARTIN AND MARTIN PROPERTIES, BENART MAIN STREET PROPERTIES,CAL WATER SERVICE COMPANY, the CITY OF VISALIA and DOES 1-20, inclusive;<br>    Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**ORDER GRANTING DISMISSAL OF BENART MAIN STREET PROPERTIES, ONLY WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)** |

**ORDER**

Defendant Benart - Main Street Investors, a California corporation (erroneously sued as Benart Main Street Properties) ONLY is dismissed WITHOUT PREJUDICE from Plaintiffs Viola Coppola, Gary Coppola and the Trust of Anthony M. Coppola's Third Amended Complaint pursuant to Federal Rule of Civil Procedure 41(a).

Further, pursuant to agreement between the parties, each side shall bear their own fees and costs.

IT IS SO ORDERED.

Dated: __November 28, 2012__     _____
                                  UNITED STATES DISTRICT JUDGE