**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Brett A. Boon, SBN 283225
brett@grebenlaw.com

Attorneys for Plaintiffs VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA;<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY SMITH, an individual; RICHARD LASTER, an individual; THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS A/K/A THE ESTATE OF MABEL ELAINE HIGGINS; HARLEY MILLER, an individual; CHERYL MILLER, an individual; MARTIN AND MARTIN PROPERTIES; CALIFORNIA WATER SERVICE COMPANY; the CITY OF VISALIA; and DOES 1-20, inclusive;<br><br>Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**STIPULATION AND ORDER REGARDING EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT CAL WATER SERVICE COMPANY'S MOTION TO DISMISS PLAINTIFFS' FOURTH AMENDED COMPLAINT AND TO EXTEND HEARING DATE** |

**IT IS HEREBY STIPULATED,** pursuant to Eastern District of California Local Rule 144, by and between Plaintiffs Viola Coppola, Gary Coppola, and the Trust of Anthony M. Coppola (hereafter collectively as "Coppola") and Defendant California Water Service Company ("Cal Water") to extend the hearing and briefing schedule for Cal Water's Motion to Dismiss Coppola's Fourth Amended Complaint (Dkt. 123). Good cause exists as counsel for Coppola is heavily conflicted in the timeframe required to file an opposition. Counsel for Coppola requested the extension, and counsel for Cal Water agreed pursuant to the hearing and briefing schedule set forth as follows:

1. Cal Water's Motion to Dismiss Coppola's Fourth Amended Complaint (Dkt. 123), which is currently scheduled to be heard on June 10, 2013, at 1:30 p.m., will be extended to and heard on July 8, 2013, at 1:30 p.m., or to a date thereafter convenient to the Court.

2. Cal Water's Motion to Dismiss Coppola's Fourth Amended Complaint (Dkt. 123) shall have the following briefing schedule:

    a. Coppola's opposition shall be filed and served on June 10, 2013; and

    b. Cal Water's reply brief shall be filed and served on June 24, 2013.

Date:   May 15, 2013                    GREBEN & ASSOCIATES

                                        /s/ Jan A. Greben
                                        Jan A. Greben
                                        Brett A. Boon
                                        Attorneys for Viola Coppola, Gary Coppola and the
                                        Trust of Anthony M. Coppola

Date:   May 15, 2013                    GLASER WEIL FINK JACOBS HOWARD AVCHEN
                                        & SHAPIRO


                                        Gregory R. McClintock
                                        Noah Perch-Ahern
                                        Attorneys for Defendant California Water Service
                                        Company

# ORDER

As to Cal Water's Motion to Dismiss Coppola's Fourth Amended Complaint (Dkt. 123), the Court hereby orders the following schedule:

The hearing date shall now be set for July 8, 2013, at 1:30 p.m.

1. Coppola will have until June 10, 2013, to file and serve an opposition to Cal Water's Motion to Dismiss Coppola's Fourth Amended Complaint (Dkt. 123); and
2. Cal Water will have until June 24, 2013, to file and serve a reply brief.

IT IS SO ORDERED.

Dated:   May 15, 2013

SENIOR  DISTRICT  JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO CAL WATER'S MOTION TO DISMISS AND HEARING DATE | 1:11-CV-01257-AWI-BAM