LORI J. GUALCO, ESQ. (Bar No. 95232)
GUALCO LAW
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Telephone: (916) 930-0700
Facsimile: (916) 930-0705

Attorneys for Defendant
Richard Laster

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GREGORY SMITH, an individual, RICHARD LASTER, an individual, THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS A/K/A THE ESTATE OF MABEL ELAINE HIGGINS; HARLEY MILLER, an individual; CHERYL MILLER, an individual; MARTIN AND MARTIN PROPERTIES; CALIFORNIA WATER SERVICE COMPANY; the CITY OF VISALIA, and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 1:11-cv-01257-AWI-BAM<br><br>**STIPULATION AND ORDER FOR FILING OF DEFENDANT RICHARD LASTER'S AMENDED (1) ANSWER TO FOURTH AMENDED COMPLAINT; (2) COUNTERCLAIMS AGAINST PLAINTIFFS; (3) CROSS-CLAIMS AGAINST OTHER DEFENDANTS; AND (4) DEMAND FOR JURY TRIAL, TO CORRECT TYPOGRAPHICAL ERRORS; AND ORDER THEREON** |
| RICHARD LASTER, individually, and formerly doing business as PARAGON CLEANERS,<br><br>　　　　Counter-Complainant<br>　　　　and Cross-Complainant,<br><br>　v.<br><br>VIOLA COPPOLA, GARY COPPOLA, THE TRUST OF ANTHONY M. COPPOLA, THE ESTATE OF JANE HIGGINS NASH AS FORMER EXECUTRIX UNDER THE WILL OF MABEL ELAINE HIGGINS, Deceased; DAVID H. NASH, SUCCESSOR CO-TRUSTEE OF THE WILLIAM P. NASH JR. AND JANE H. NASH REVOCABLE TRUST; RICHARD P. NASH AS SUCCESSOR CO- | |

TRUSTEE OF THE WILLIAM P. NASH JR. AND JANE H. NASH REVOCABLE TRUST; NASH PROPERTIES, LLC., a California Limited Liability Company,

        Counter-Defendants and Cross-Defendants.

AND RELATED CROSS-CLAIMS

        Defendant Richard Laster ("Laster"), by and through his attorney of record, Gualco Law and Lori J. Gualco, Plaintiffs Viola Coppola, Gary Coppola and the Trust of Anthony M. Coppola (collectively "Coppola") by and through their attorneys of record, Greben & Associates and Jan A. Greben, and Defendants The Estate of Jane Higgins Nash as Former Executrix Under the Will of Mabel Elaine Higgins, Deceased, David H. Nash, Successor Co-Trustee of the William P. Nash Jr. and Jane H. Nash Revocable Trust, Richard P. Nash as Successor Co-Trustee of the William P. Nash Jr. and Jane H. Nash Revocable Trust and Nash Properties, LLC., a California Limited Liability Company (collectively "Nash"), by and through their attorneys of record, Williams, Brodersen & Pritchett LLP and Steven R. Williams, hereby stipulate and agree as follows:

        Laster may file an Amended (1) Answer to Fourth Amended Complaint; (2) Counterclaims Against Plaintiffs; (3) Cross-Claims Against Other Defendants; and (4) Demand for Jury Trial, attached hereto as Exhibit A, in order to correct the following typographical errors:

1. The last paragraph of the Counterclaims, numbered Paragraph "42" on Page 23, which paragraph should be renumbered Paragraph "48".
2. Renumbering the paragraphs in the Cross-Claims beginning on Page 23, under Common Allegations, Paragraph "48" should be renumbered Paragraph "49" and continuing through the Cross-Claims and ending with Paragraph "96" on Page 32.
3. The title of the "Fourth" Counterclaim on Page 17 be corrected to read the "Third" Counterclaim (Contribution under CERCLA § 113(f)).
4. The title of the "Fourth" Cross-Claim on Page 26 be corrected to read the "Third" Cross-Claim (Contribution under CERCLA § 113(f)).

5. In the Prayer, the heading reading "First, Second, Fourth and Fourth Counterclaims" on Page 32, be corrected to read "First, Second, Third and Fourth Counterclaims".

6. In the Prayer, the heading reading "First, Second, Fourth and Fourth Cross-Claims" on page 33, be corrected to read "First, Second, Third and Fourth Cross-Claims".

IT IS SO AGREED AND STIPULATED.

Dated:  June 17, 2013               GUALCO LAW


                                    By:  /s/ Lori J. Gualco
                                         LORI J. GUALCO
                                         Attorney for Defendant, Cross-Complainant
                                         and Cross-Defendant Richard Laster

Dated:  June 17, 2013               GREBEN & ASSOCIATES


                                    By: /s/ Jan A. Greben (as authorized on 6/17/13)
                                        JAN A. GREBEN
                                        Attorneys for Plaintiffs and Counter-
                                        Defendants Viola Coppola, Gary Coppola and
                                        the Trust of Anthony M. Coppola

Dated:  June 11, 2013               WILLIAMS, BRODERSEN & PRITCHETT LLP


                                    By:  /s/ Steven R. Williams (as auth. on 6/11/13)
                                         STEVEN R. WILLIAMS
                                         Attorneys for Nash Defendants

## ORDER

Having reviewed the parties Stipulation, IT IS HEREBY ORDERED:

1) Defendant Richard Laster's request for leave to file an amended (a) Answer to the Fourth Amended Complaint (b) Counterclaims Against Plaintiffs; (c) Cross-Claims Against Other Defendants; and (d) Demand for Jury Trial to correct typographical errors is GRANTED;

2) Defendant Laster shall file his Amended Pleading, attached to the stipulation as Exhibit A, as a separate entry in the docket for purposes of clarifying the record (Doc. 134-1).

IT IS SO ORDERED.

Dated: **June 20, 2013**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA 95814