LORI J. GUALCO, ESQ. (Bar No. 95232)
GUALCO LAW
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Telephone: (916) 930-0700
Facsimile: (916) 930-0705

Attorneys for Defendant
Gregory Smith

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY SMITH, an individual, RICHARD LASTER, an individual, THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS A/K/A THE ESTATE OF MABEL ELAINE HIGGINS; HARLEY MILLER, an individual; CHERYL MILLER, an individual; MARTIN AND MARTIN PROPERTIES; CALIFORNIA WATER SERVICE COMPANY; the CITY OF VISALIA, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 1:11-cv-01257-AWI-BAM<br><br>**STIPULATION FOR FILING OF DEFENDANT GREGORY SMITH'S AMENDED (1) ANSWER TO FOURTH AMENDED COMPLAINT; (2) COUNTERCLAIMS AGAINST PLAINTIFFS; (3) CROSS-CLAIMS AGAINST OTHER DEFENDANTS; AND (4) DEMAND FOR JURY TRIAL, TO CORRECT TYPOGRAPHICAL ERRORS; AND ORDER THEREON** |
| RICHARD LASTER, individually, and formerly doing business as PARAGON CLEANERS,<br><br>Counter-Complainant<br>and Cross-Complainant,<br><br>v.<br><br>VIOLA COPPOLA, GARY COPPOLA, THE TRUST OF ANTHONY M. COPPOLA, THE ESTATE OF JANE HIGGINS NASH AS FORMER EXECUTRIX UNDER THE WILL OF MABEL ELAINE HIGGINS, Deceased; DAVID H. NASH, SUCCESSOR CO-TRUSTEE OF THE WILLIAM P. NASH JR. AND JANE H. NASH REVOCABLE TRUST; RICHARD P. NASH AS SUCCESSOR CO- | |

TRUSTEE OF THE WILLIAM P. NASH JR. AND JANE H. NASH REVOCABLE TRUST; NASH PROPERTIES, LLC., a California Limited Liability Company,

        Counter-Defendants and Cross-Defendants.

AND RELATED CROSS-CLAIMS

        Defendant Gregory Smith ("Smith"), by and through his attorney of record, Gualco Law and Lori J. Gualco, Plaintiffs Viola Coppola, Gary Coppola and the Trust of Anthony M. Coppola (collectively "Coppola") by and through their attorneys of record, Greben & Associates and Jan A. Greben, and Defendants The Estate of Jane Higgins Nash as Former Executrix Under the Will of Mabel Elaine Higgins, Deceased, David H. Nash, Successor Co-Trustee of the William P. Nash Jr. and Jane H. Nash Revocable Trust, Richard P. Nash as Successor Co-Trustee of the William P. Nash Jr. and Jane H. Nash Revocable Trust and Nash Properties, LLC., a California Limited Liability Company (collectively "Nash"), by and through their attorneys of record, Williams, Brodersen & Pritchett LLP and Steven R. Williams, hereby stipulate and agree as follows:

        Smith may file an Amended (1) Answer to Fourth Amended Complaint; (2) Counterclaims Against Plaintiffs; (3) Cross-Claims Against Other Defendants; and (4) Demand for Jury Trial, attached hereto as Exhibit A, in order to correct the following typographical errors:

1. The last paragraph of the Counterclaims, numbered Paragraph "42" on Page 23, which paragraph should be renumbered Paragraph "48".
2. Renumbering the paragraphs in the Cross-Claims beginning on Page 23, under Common Allegations, Paragraph "48" should be renumbered Paragraph "49" and continuing through the Cross-Claims and ending with Paragraph "96" on Page 32.
3. The title of the "Fourth" Counterclaim on Page 17 be corrected to read the "Third" Counterclaim (Contribution under CERCLA § 113(f)).
4. The title of the "Fourth" Cross-Claim on Page 26 be corrected to read the "Third" Cross-Claim (Contribution under CERCLA § 113(f)).

5. In the Prayer, the heading reading "First, Second, Fourth and Fourth Counterclaims" on Page 32, be corrected to read "First, Second, Third and Fourth Counterclaims".

6. In the Prayer, the heading reading "First, Second, Fourth and Fourth Cross-Claims" on page 33, be corrected to read "First, Second, Third and Fourth Cross-Claims".

IT IS SO AGREED AND STIPULATED.

Dated: June 17, 2013                    GUALCO LAW


By: /s/ Lori J. Gualco
    LORI J. GUALCO
    Attorney for Defendant, Cross-Complainant and
    Cross-Defendant Gregory Smith

Dated: June 17, 2013                    GREBEN & ASSOCIATES


By: /s/ Jan A. Greben (as authorized on 6/17/13)
    JAN A. GREBEN
    Attorneys for Plaintiffs and Counter-Defendants
    Viola Coppola, Gary Coppola and the Trust of
    Anthony M. Coppola

Dated: June 11, 2013                    WILLIAMS, BRODERSEN & PRITCHETT LLP


By: /s/ Steven R. Williams (as auth. on 6/11/13)
    STEVEN R. WILLIAMS
    Attorneys for Nash Defendants

**ORDER**

Based on the above stipulation, and good cause shown, the Court orders that Defendant Gregory Smith be allowed to file the Amended (1) Answer to Fourth Amended Complaint; (2) Counterclaims Against Plaintiffs; (3) Cross-Claims Against Other Defendants; and (4) Demand for Jury Trial. Smith shall file any amended pleading as a separate document(s) in the Court's file.

IT IS SO ORDERED.

Dated:   **June 27, 2013**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE