IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLA COPPOLA, et al.,           )<br>                                                 )<br>                        Plaintiffs,      )<br>     v.                                        )<br>                                                 )<br>GREGORY SMITH, et. al.,         )<br>                                                 )<br>                       Defendants.   )<br>_____) | 1:11-cv-1257  AWI DLB<br><br>VACATING JULY 8, 2013 HEARING AND TAKING MATTERS UNDER SUBMISSION |

Currently set for hearing and decision on July 8, 2013, are two motions, one a motion to dismiss filed by Cal Water Service Co. and the other a motion to strike counterclaims by Plaintiffs.  Pursuant to Local Rule 230(h), the court has reviewed the moving papers and has determined that the matters are suitable for decision without oral argument.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 8, 2013, is VACATED, and the parties shall not appear at that time.  As of July 8, 2013, the Court will take the matters under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 2, 2013

_____
SENIOR  DISTRICT  JUDGE