1  **GREBEN & ASSOCIATES**
2  125 E. DE LA GUERRA ST., STE 203
    SANTA BARBARA, CA 93101
3  TEL: 805-963-9090
    FAX: 805-963-9098
4
   Jan A. Greben, SBN 103464
5  jan@grebenlaw.com
   Brett A. Boon, SBN 283225
6  brett@grebenlaw.com

7  Attorneys for Plaintiffs VIOLA COPPOLA, GARY COPPOLA,
   and THE TRUST OF ANTHONY M. COPPOLA
8
                    UNITED STATES DISTRICT COURT
9
            EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION
10

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA; <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY SMITH, an individual; RICHARD LASTER, an individual; and THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS, HARLEY MILLER, an individual; CHERYL MILLER, an individual; MARTIN AND MARTIN PROPERTIES, BENART MAIN STREET PROPERTIES, CAL WATER SERVICE COMPANY, the CITY OF VISALIA, NASH PROPERTIES LLC [DOE #1], DAVID H. NASH, as the successor co-trustee of the WILLIAM P. NASH and JANE H. NASH REVOCABLE TRUST [DOE #2], RICHARD P. NASH, as the successor co-trustee of the WILLIAM P. NASH and JANE H. NASH REVOCABLE TRUST [DOE #3], and DOES 4-20, inclusive; <br><br> Defendants. <br><br> RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO ADD DOES 1 THROUGH 3 TO PLAINTIFFS' COMPLAINT** |

Plaintiffs Viola Coppola, Gary Coppola, and the Trust of Anthony M. Coppola (collectively "Plaintiffs") and cross-defendants Nash Properties, LLC, David H. Nash, as the successor co-trustee of the William P. Nash and Jane H. Nash Revocable Trust, and Richard P. Nash, as the successor co-trustee of the William P. Nash and Jane H. Nash Revocable Trust (collectively "Nash Defendants") hereby stipulate to add cross-defendants as defendants to Plaintiffs' operative Fifth Amended Complaint as follows:

1. Doe 1 shall be replaced with and is now Nash Properties LLC;
2. Doe 2 shall be replaced with and is now David H. Nash, as the successor co-trustee of the William P. Nash and Jane H. Nash Revocable Trust; and
3. Doe 3 shall be replaced with and is now Richard P. Nash, as the successor co-trustee of the William P. Nash and Jane H. Nash Revocable Trust.

1. The Nash Defendants are hereby added to the allegations and claims existing against the Jane Higgins Nash Trust as if they were fully set forth against the Nash Defendants, and each of them. The answer filed by the Jane Higgins Nash Trust will serve as the answer on behalf of each of the Nash Defendants as if it were fully set forth by each of the Nash Defendants individually and the following additional affirmative defenses shall apply as to the claims made by plaintiffs against David H. Nash and/or Richard P. Nash, as a successor co-trustee or co-trustees, as the case may be, of the William P. Nash and Jane H. Nash Revocable Trust:

**FORTY-FIRST DEFENSE**

That neither the William P. Nash and Jane H. Nash Revocable Trust or the settlors thereof, individually, ever had or possessed any right, title, interest, estate in or to any of the real property described in Plaintiffs Fifth Amended Complaint or ever had or possessed the right to any management, operation or control thereof.

**FORTY-SECOND DEFENSE**

That Plaintiffs failed to file any creditor's claim as required by the California Probate Code following the publication of the Notice to Creditors on behalf of the William P. Nash and Jane H. Nash Revocable Trust following the death of the settlors thereof.

2. The Plaintiffs are hereby added, on behalf of the newly added above-named defendants, to the allegations and counter claims made by the Jane Higgins Nash Trust as if they were fully set forth against the Plaintiffs, and each of them, in the answer and counter claims filed by the Jane Higgins Nash Trust to plaintiffs' Fifth Amended Complaint.

Date: December 31, 2013                    GREBEN & ASSOCIATES

/s/ Jan A. Greben
Jan A. Greben
Brett A. Boon
Attorneys for Viola Coppola, Gary Coppola and the Trust of Anthony M. Coppola

Date:  December 31, 2013                   WILLIAMS, BRODERSEN & PRITCHETT LLP

/s/ Steven R. Williams
Steven R. Williams
Attorneys for The Jane Higgins Nash Trust; Jane Nash as Executor of the Estate of Decatur Higgins AKA the Estate of Mabel Elaine Higgins; Nash Properties, LLC, David H. Nash, as the successor co-trustee of the William P. Nash and Jane H. Nash Revocable Trust, and Richard P. Nash, as the successor co-trustee of the William P. Nash and Jane H. Nash Revocable Trust

IT IS SO ORDERED.

Dated:   January 2, 2014                   _____
                                           SENIOR  DISTRICT  JUDGE