**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Brett A. Boon, SBN 283225
brett@grebenlaw.com

Attorneys for Plaintiffs VIOLA COPPOLA, GARY COPPOLA,
and THE TRUST OF ANTHONY M. COPPOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA;<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY SMITH, an individual; RICHARD LASTER, an individual; and THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS, HARLEY MILLER, an individual; CHERYL MILLER, an individual; MARTIN AND MARTIN PROPERTIES, BENART MAIN STREET PROPERTIES, CAL WATER SERVICE COMPANY, the CITY OF VISALIA and DOES 1-20, inclusive;<br><br>Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**AMENDMENT TO STIPULATION AND ORDER TO ADD DOES 1 THROUGH 3 TO PLAINTIFFS' COMPLAINT** |

///

///

///

- 1 -
AMENDMENT TO STIPULATION AND ORDER TO ADD DOES 1-3          1:11-CV-01257-AWI-BAM

Plaintiffs Viola Coppola, Gary Coppola, and the Trust of Anthony M. Coppola (collectively "Plaintiffs") and cross-defendants Nash Properties, LLC, David H. Nash, as the successor co-trustee of the William P. Nash and Jane H. Nash Revocable Trust, and Richard P. Nash, as the successor co-trustee of the William P. Nash and Jane H. Nash Revocable Trust (collectively "Nash Defendants") hereby amend paragraph 2 of their previously filed stipulation to add cross-defendants as defendants to Plaintiffs' operative Fifth Amended Complaint as follows:

2. The Plaintiffs are hereby added, on behalf of Nash Properties LLC, to the allegations and counter claims made by the Jane Higgins Nash Trust as if they were fully set forth against the Plaintiffs, and each of them, in the answer and counter claims filed by the Jane Higgins Nash Trust to plaintiffs' Fifth Amended Complaint.

Date: January 22, 2014.          GREBEN & ASSOCIATES
                                 /s/ Jan A. Greben
                                 Jan A. Greben
                                 Brett A. Boon
                                 Attorneys for Viola Coppola, Gary Coppola and the
                                 Trust of Anthony M. Coppola

Date:  January 22, 2014.         WILLIAMS, BRODERSEN &  PRITCHETT LLP
                                 /s/ Steven R. Williams
                                 Steven R. Williams
                                 Attorneys for The Jane Higgins Nash Trust; Jane Nash
                                 as Executor of the Estate of Decatur Higgins AKA the
                                 Estate of Mabel Elaine Higgins; Nash Properties, LLC,
                                 David H. Nash, as the successor co-trustee of the
                                 William P. Nash and Jane H. Nash Revocable Trust,
                                 and Richard P. Nash, as the successor co-trustee of the
                                 William P. Nash and Jane H. Nash Revocable Trust

Doc. 187 is so AMENDED.

IT IS SO ORDERED.

Dated:  **January 23, 2014**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE