UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA,<br><br>                Plaintiffs,<br>   v.<br><br>GREGORY SMITH, an individual, RICHARD LASTER, an individual, JANE NASH AS TRUSTEE OF THE JANE HIGGINS NASH TRUST, JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS A/K/A THE ESTATE OF MABEL ELAINE HIGGINS,<br><br>                Defendants. | Case No. 1:11-cv-01257-AWI-BAM<br><br>**ORDER GRANTING SUBSTITUTION OF PLAINTIFF VIOLA COPPOLA** |
| GREGORY SMITH, individually, and doing business as PARAGON CLEANERS,<br><br>                Counter-Complainant<br>                and Cross-Complainant,<br>   v.<br><br>VIOLA COPPOLA, GARY COPPOLA, THE TRUST OF ANTHONY M. COPPOLA, JANE HIGGINS NASH, AS TRUSTEE OF THE TRUST IN THE ESTATE OF MABEL ELAINE HIGGINS, Deceased, A/K/A THE TRUST IN THE ESTATE OF MABEL ELAINE HIGGINS, Deceased<br><br>                Counter-Defendants<br>                and Cross-Defendants. | |
| THE JANE HIGGINS NASH TRUST,<br><br>                Cross-Complainant,<br>   v.<br><br>GREGORY SMITH, RICHARD LASTER, and DOES 1-100, inclusive,<br><br>                Cross-Defendants. | |

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA 95814

Currently before the Court is the motion of Gary Coppola as Successor Trustee of the Viola M. Coppola Irrevocable Trust to substitute itself on behalf of and in place of decedent Plaintiff Viola Coppola. (Doc. 205.) Defendants have each filed a statement of non-opposition. (Doc. 207, 208, 209, 210, 211, 212.) The Court deemed the matter suitable for decision without oral argument and took the motion under submission.

On January 15, 2014, Plaintiff Viola Coppola died. (Greben Decl., Ex. A, Doc. 205.) Federal Rule of Civil Procedure, Rule 25(a)(1) provides that "if a party dies and the claim is not extinguished, the court may order substitution of the proper party." The Viola M. Coppola Irrevocable Trust is Ms. Coppola's successor-in-interest and the representative of her trust is Gary Coppola, as Successor Trustee. (Greben Decl., Ex. B, Doc. 205.) Therefore, Gary Coppola as Successor Trustee of the Viola M. Coppola Irrevocable Trust is the proper party to substitute into this action on behalf of Ms. Coppola. Moreover, no party suggests that Ms. Cappola's death extinguished her claims.

Having considered the parties' briefs and the entire record in this case, motion to substitute Gary Coppola as Successor Trustee of the Viola M. Coppola Irrevocable Trust on behalf and in place of decedent plaintiff Viola Coppola is GRANTED.

The Court FURTHER ORDERS that the parties' Answers and Counter-claims filed against Plaintiff Viola Coppola in response to the Fifth Amended Complaint be deemed Answers and Counter-Claims filed by those same parties against the Viola M. Coppola Irrevocable Trust.

IT IS SO ORDERED.

Dated:   **April 16, 2014**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE