1

**GREBEN & ASSOCIATES**

2
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
3
TEL: 805-963-9090
FAX: 805-963-9098

4
Jan A. Greben, SBN 103464
jan@grebenlaw.com
5
Brett A. Boon, SBN 283225
brett@grebenlaw.com
6

7
Attorneys for Plaintiffs VIOLA M. COPPOLA IRREVOCABLE TRUST,
GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA
8

9
UNITED STATES DISTRICT COURT

10
EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

11

12
VIOLA M. COPPOLA IRREVOCABLE TRUST, | Case No.: 1:11-CV-01257-AWI-BAM
GARY COPPOLA, and THE TRUST OF
13
ANTHONY M. COPPOLA;

14
    Plaintiffs, | **STIPULATION AND ORDER SETTING SCHEDULING CONFERENCE PURSUANT TO DKT. 214**

15
v.

16
GREGORY SMITH, an individual; RICHARD
LASTER, an individual; and THE JANE HIGGINS
17
NASH TRUST; JANE NASH AS EXECUTOR OF
THE ESTATE OF DECATUR HIGGINS,
18
HARLEY MILLER, an individual; CHERYL
MILLER, an individual; MARTIN AND MARTIN
19
PROPERTIES, BENART MAIN STREET
PROPERTIES, CAL WATER SERVICE
20
COMPANY, the CITY OF VISALIA, NASH
PROPERTIES LLC [DOE #1], DAVID H. NASH,
21
as the successor co-trustee of the WILLIAM P.
NASH and JANE H. NASH REVOCABLE TRUST
22
[DOE #2], RICHARD P. NASH, as the successor
co-trustee of the WILLIAM P. NASH and JANE H.
23
NASH REVOCABLE TRUST [DOE #3], and
DOES 4-20, inclusive;
24

25
    Defendants.

26
RELATED CROSS AND COUNTER-
CLAIMS
27

28
///

- 1 -

Pursuant to the Court's May 14, 2014 Order on Defendant Cal Water's Motion to Dismiss (Dkt. 214) (the "Order"), the parties hereby submit this stipulation setting a scheduling conference:

WHEREAS, the Order required the parties to contact Magistrate Judge McAuliffe's chambers for the purpose of conducting a scheduling conference;

WHEREAS, the parties have conferred and agreed upon a preferable date to hold the scheduling conference;

WHEREAS, the parties have represented the preferable date to Judge McAuliffe's chambers;

WHEREAS, Judge McAuliffe's chambers directed the parties to file a stipulation and proposed order memorializing said agreement.

Accordingly, the following IS HEREBY STIPULATED by and between the parties:

1. A telephonic scheduling conference will be held with Judge McAuliffe on July 1, 2014, at 9:30 a.m.

2. A Joint Scheduling Conference Statement shall be filed by June 24, 2014.

Approved as to form by:

Dated: May 27, 2014                    GUALCO LAW


                                        /s/ Lori J. Gualco
                                       —————————————————————
                                       Lori J. Gualco
                                       Attorney for Defendants RICHARD
                                       LASTER

Dated: May 27, 2014
                                       GUALCO LAW


                                       /s/ Lori J. Gualco
                                       —————————————————————
                                       Lori J. Gualco
                                       Attorney for Defendants GREGORY
                                       SMITH

1

Dated: May 27, 2014                     WILLIAMS, JORDAN, BRODERSEN &
                                        PRITCHETT LLP
2

3
                                         /s/ Steven R. Williams
4                                       _____
                                        Steven R. Williams
5                                       Attorney for Defendant JANE NASH, as
                                        TRUSTEE OF THE JANE HIGGINS
6                                       NASH TRUST

7

8

9   Dated: May 27, 2014                 WOOD, SMITH, HENNING & BERMAN
                                        LLP
10

11
                                         /s/ David F. Wood
12                                      _____
                                        David F. Wood
13                                      Patrick S. Schoenburg
                                        Attorneys for Defendant CALIFORNIA
14                                      WATER SERVICE COMPANY

15

16

17  Dated: May 27, 2014                 DOOLEY, HERR, PEDERSEN & BERGLUND
                                        BAILEY, LLP
18

19
                                         /s/ Leonard C. Herr
20                                      _____
                                        Leonard C. Herr
21                                      Ron Statler
                                        Attorney for Defendant CITY OF VISALIA
22

23

24  Dated: May 27, 2014                 ALLEN, MATKINS, LECK, GAMBLE,
                                        MALLORY & NATSIS LLP
25

26
                                         /s/ Emily L. Murray
27                                      _____
                                        Emily L. Murray
28                                      Tim C. Hsu
                                        Attorneys for Defendant MARTIN AND
                                        MARTIN PROPERTIES

Dated: May 27, 2014

GREBEN & ASSOCIATES


/s/ Jan A. Greben
Jan A. Greben
Brett A. Boon
Attorneys for Plaintiffs VIOLA COPPOLA,
GARY COPPOLA, and the TRUST OF
ANTHONY M. COPPOLA

STIPULATION & ORDER RE: SCHEDULING CONFERENCE               1:11-CV-01257-AWI-BAM

**<u>ORDER</u>**

1.  Pursuant to the stipulation of the parties, the Court will hold a telephonic scheduling conference on July 1, 2014, at 9:30 a.m. with Judge McAuliffe.

2.  The parties are directed to file a Joint Scheduling Conference Statement by June 24, 2014.

3.  The parties are further directed to set up a conference call and dial into the Judge's chambers by dialing (559) 499-5789 at the time of the conference.

IT IS SO ORDERED.

Dated:   **May 27, 2014**                    /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION & ORDER RE: SCHEDULING CONFERENCE                1:11-CV-01257-AWI-BAM