**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Brett A. Boon, SBN 283225
brett@grebenlaw.com

Attorneys for Plaintiffs VIOLA M. COPPOLA IRREVOCABLE TRUST, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| VIOLA M. COPPOLA IRREVOCABLE TRUST, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA;<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY SMITH, an individual; RICHARD LASTER, an individual; and THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS, HARLEY MILLER, an individual; CHERYL MILLER, an individual; MARTIN AND MARTIN PROPERTIES, BENART MAIN STREET PROPERTIES, CAL WATER SERVICE COMPANY, the CITY OF VISALIA, NASH PROPERTIES LLC [DOE #1], DAVID H. NASH, as the successor co-trustee of the WILLIAM P. NASH and JANE H. NASH REVOCABLE TRUST [DOE #2], RICHARD P. NASH, as the successor co-trustee of the WILLIAM P. NASH and JANE H. NASH REVOCABLE TRUST [DOE #3], and DOES 4-20, inclusive;<br><br>Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**STIPULATION TO DISMISS, WITHOUT PREJUDICE, CALIFORNIA WATER SERVICE COMPANY'S COUNTER CLAIM RELATING TO PUNITIVE DAMAGES ONLY ORDER** |

///

- 1 -
STIPULATION TO DISSMISS, WITHOUT PREJUDICE [PROPOSED] ORDER   1:11-CV-01257-AWI-BAM

1  Plaintiffs and counter defendants Gary Coppola, the Viola Coppola Irrevocable Trust, and the Anthony M. Coppola Trust (collectively "Coppola"), and defendant and counterclaimant California Water Service Company ("Cal Water") hereby stipulate and request the Court to enter an order as follows.

Whereas, on May 27, 2014 Cal Water filed a Counterclaim against Coppola, filed as Document 216. The Counterclaim includes a request for punitive damages against Coppola.

Whereas, the Court previously dismissed another defendant's, Martin and Martin Properties, counterclaim for punitive damages against Coppola on November 12, 2013, the Order filed as Document 147.

Coppola and Cal Water hereby stipulate and request that the Court order that Cal Water's Counterclaim as it relates to relief of punitive damages, only be dismissed without prejudice. Specifically, Paragraphs 39, 44 and Section (e) of the Prayer for Relief shall be dismissed from Cal Water's Counterclaim.

Coppola shall file a responsive pleading within ten (10) days of this Order or June 17, 2014, the current deadline to file a response, whichever is later.

It is hereby stipulated.

Dated: June 3, 2014                GREBEN & ASSOCIATES

/s/ Jan A. Greben
Jan A. Greben
Brett A. Boon
Attorneys for Plaintiffs VIOLA
COPPOLA IRREVOCABLE TRUST,
GARY COPPOLA, and the TRUST OF
ANTHONY M. COPPOLA

Dated: June 3, 2014

WOOD, SMITH, HENNING &
BERMAN LLP

/s/ Patrick S. Schoenburg
David F. Wood
Patrick S. Schoenburg
Attorneys for Defendant CALIFORNIA
WATER SERVICE COMPANY

**ORDER**

Pursuant to the Parties' stipulation, it is HEREBY ORDERED THAT:

1. Paragraphs 39, 44 and Section (e) of the prayer for Relief are hereby dismissed from Cal Water's Counter claim without prejudice.
2. Coppola shall file a responsive pleading within (10) days of this Order or June 17, 2014, the current deadline to file a response, whichever is later.
3. This action remains pending as to the remaining claims.

IT IS SO ORDERED.

Dated:   June 3, 2014

SENIOR  DISTRICT  JUDGE