UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLA COPPOLA, et al.,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>GREGORY SMITH, et al.,<br><br>　　　　Defendants<br><br>AND RELATED CLAIMS | CASE NO. 1:11-CV-1257  AWI BAM<br><br>ORDER VACATING JULY 28, 2014 HEARING AND TAKING MOTION UNDER SUBMISSION |

　　Defendant Martin & Martin has filed a motion for summary judgment that is set for hearing on July 28, 2014.   The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 28, 2014, is VACATED, and the parties shall not appear at that time.  As of July 28, 2014, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 24, 2014　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE