LORI J. GUALCO (Bar No. 95232)
GUALCO LAW
400 Capitol Mall, Eleventh Floor
Sacramento, CA 95814
Tel:  (916) 930-0700
Fax:  (916) 930-0705

Attorney for Defendant
GREGORY SMITH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| VIOLA M. COPPOLA IRREVOCABLE TRUST, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA;<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY SMITH, an individual; RICHARD LASTER, an individual; and THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS, HARLEY MILLER, an individual; CHERYL MILLER, an individual; MARTIN AND MARTIN PROPERTIES, BENART MAIN STREET PROPERTIES, CAL WATER SERVICE COMPANY, the CITY OF VISALIA and DOES 1-20, inclusive;<br><br>Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**REVISED STIPULATION FOR AMENDMENT TO (1) PLAINTIFFS' FIFTH AMENDED COMPLAINT; (2) PREVIOUSLY FILED ANSWERS, COUNTER-CLAIMS AND CROSS-CLAIMS OF GREGORY SMITH; and, (3) PREVIOUSLY FILED ANSWERS, COUNTER-CLAIMS AND CROSS-CLAIMS OF "THE JANE NASH TRUST"; ORDER THEREON** |

Pursuant to Federal Rule of Civil Procedure 15(c) and the Court's Minute Orders dated July 1, 2014, document 227, and August 4, 2014, document 240, Plaintiffs Viola Coppola Irrevocable Trust, Gary Coppola, and the Trust of Anthony M. Coppola (collectively "Plaintiffs"), Defendant Gregory Smith, and Defendants Jane Higgins Nash, as Executrix of the Estate of Mabel Elaine Higgins, deceased  and Trustee of the Trust created by the Estate of Mabel Elaine Higgins, deceased, commonly known as the Jane Higgins Nash Trust ("JHN Trust"), Estate of Decatur Higgins, deceased ("DH Estate") and Cross-Defendants David H.

1  Nash and Richard P. Nash, as the successor co-trustees of the William P. Nash and Jane H.
2  Nash Revocable Trust ("Nash") (all JHN Trust, DH Estate and Nash Defendants and Cross-
3  Defendant collectively referred to herein as "The Jane Nash Trust") hereby revise the previous
4  stipulation to delete the reference to a proposed sixth amended complaint and stipulate and
5  request that the Court enter an order granting the following amendments:

6    1. All references and allegations in the Fifth Amended Complaint as to Defendant
7       Gregory Smith shall be replaced with Paragon Cleaners, Inc., a California
8       corporation that, since February 1998, and at all times herein relevant, was and
9       is doing business in California.

10    2. All references in the Answers filed by Gregory Smith, as well as Gregory
11       Smith's Counter and Cross-Claims against and as they relate to Plaintiffs and
12       The Jane Nash Trust Defendants and Cross-Defendants, are hereby amended to
13       replace Gregory Smith with Paragon Cleaners, Inc., a California corporation
14       that, since February 1998, and at all times herein relevant, was and is doing
15       business in California.

16    3. All references in the Cross-Claims filed by The Jane Nash Trust Defendants and
17       Cross-Defendants as they relate to Gregory Smith, are hereby amended to
18       replace Gregory Smith with Paragon Cleaners, Inc., a California corporation
19       that, since February 1998, and at all times herein relevant, was and is doing
20       business in California.

21  Date:   August 7, 2014                    GREBEN & ASSOCIATES

23                                            By:  /s/ Jan A. Greben (as authorized on 8/7/14)
                                                   Jan A. Greben
24                                                 Brett A. Boon
                                                   Attorneys for Plaintiffs and Cross-Defendants
25                                                 Viola Coppola Irrevocable Trust, Gary Coppola
                                                   and the Trust of Anthony M. Coppola

28  Date:   August 7, 2014                    GUALCO LAW

By: /s/ Lori J. Gualco
Lori J. Gualco
Attorney for Defendant, Counter and Cross-Complainant and Cross-Defendant Gregory Smith

Date: August 7, 2014

WILLIAMS, BRODERSEN & PRITCHETT

By: /s/ Steven R. Williams (as authorized on 8/7/14)
Steven R. Williams
Attorneys for Defendants, Cross- Defendants, Counter and Cross- Complainants Jane Higgins Nash, as Executrix of the Estate of Mabel Elaine Higgins, deceased and Trustee of the Trust created by the Estate of Mabel Elaine Higgins, deceased, commonly known as the Jane Higgins Nash Trust, Estate of Decatur Higgins, deceased, and David H. Nash and Richard P. Nash, as the successor co-trustees of the William P. Nash and Jane H. Nash Revocable Trust

**ORDER**

Based on the above Stipulation, **IT IS SO ORDERED.**  This Order does not amend any other portion of the referenced pleadings.  This order does not alter or change the pleadings for purposes of the pending motion for summary judgment. (Doc. 200.)

IT IS SO ORDERED.

Dated: __**August 26, 2014**__       /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE