# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIOLA COPPOLA, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA,<br><br>  Plaintiff,<br><br>v.<br><br>GREGORY SMITH, an individual; RICHARD LASTER, an individual; and THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS, HARLEY MILLER, an individual; CHERYL MILLER, an individual; MARTIN AND MARTIN PROPERTIES, BENART MAIN STREET PROPERTIES, CAL WATER SERVICE COMPANY, the CITY OF VISALIA and DOES 1-20, inclusive,<br><br>  Defendants. | Case No.: 1:11-cv-1257-AWI-BAM<br><br>**ORDER CLARIFYING THE PLEADINGS AND DIRECTING THE CLERK TO UPDATE THE DOCKET TO LIST "MARTIN AND MARTIN PROPERTIES, LLC" AS THE PROPERLY NAMED DEFENDANT** |
| RELATED CROSS AND COUNTER-CLAIMS | |

The Court is in receipt of Plaintiffs' letter briefing requesting an Order clarifying that Defendant Martin and Martin Properties, LLC (listed in the caption as Martin and Martin Properties) is the properly named entity in this litigation. In the interest of ensuring the accuracy of these proceedings and based on the relevant procedural history, the Court issues this order clarifying the docket for the purposes of these proceedings. Pursuant to this order, the proper Defendant in this suit is "Martin and Martin Properties, LLC." All further pleadings should refer to Defendant Martin and Martin Properties as Martin and Martin Properties, LLC.

Accordingly, the Clerk of the Court is directed to update the docket to reflect the proper corporate designation of Martin and Martin Properties as Martin and Martin Properties, LLC.

IT IS SO ORDERED.

Dated: **March 4, 2015**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE