**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Brett A. Boon, SBN 283225
brett@grebenlaw.com

Attorneys for Plaintiffs THE VIOLA M. COPPOLA IRREVOCABLE TRUST, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| THE VIOLA M. COPPOLA IRREVOCABLE TRUST, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA;<br><br>                Plaintiffs,<br><br>v.<br><br>PARAGON CLEANERS, INC. (formerly sued as GREGORY SMITH, an individual); RICHARD LASTER, an individual; THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS, A/K/A THE ESTATE OF MABEL ELAINE HIGGINS; HARLEY MILLER, an individual; CHERYL MILLER, an individual; MARTIN AND MARTIN PROPERTIES LLC; CALIFORNIA WATER SERVICE COMPANY; the CITY OF VISALIA; NASH PROPERTIES LLC [DOE#1], DAVID H. NASH, as successor co-trustee of the WILLIAM P. NASH and JANE H. NASH REVOCABLE TRUST [DOE #2], RICHARD P. NASH, as successor and co-trustee of the WILLIAM P. NASH and JANE H. NASH REVOCABLE TRUST [DOE #3], VISALIA UNIFIED SCHOOL DISTRICT; and DOES 4-20, inclusive.<br>                Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' RESPONSES TO PLAINTIFFS' SIXTH AMENDED COMPLAINT** |

        Pursuant to Federal Rules of Civil Procedure, Rule 15, and the Court's Minute Order dated February 11, 2015, Plaintiffs the Irrevocable Trust of Viola M. Coppola, the Trust of Anthony

1

Coppola, and Gary Coppola (collectively as "Coppola") together with Defendants, Cross-Claimants, and/or Counter-Claimants the City of Visalia (the "City"), Martin and Martin Properties, LLC ("Martin"), and Jane Nash as Trustee for the Jane Higgins Nash Trust (the "Nash Trust") as well as executor  of the Estate of Decatur Higgins a/k/a the Estate of Mabel Elaine Higgins (the "Estate of Higgins") (collectively the "Parties") hereby stipulate to the following:

1. Coppola's Sixth Amended Complaint, filed February 13, 2015 as Document Number 262 ("6AC"), does not vary substantively from Coppola's Fifth Amended Complaint, filed December 3, 2013 as Document Number 157 ("5AC"), with respect to the City. The City's Answer to Coppola's 5AC and Counterclaim (Dkt. No. 173) shall, therefore, be deemed responsive to Coppola's 6AC;

2. Coppola's 6AC does not vary substantively from Coppola's 5AC with respect to Martin. Martin's Answer to Coppola's 5AC (Dkt. No. 167) shall, therefore, be deemed responsive to Coppola's 6AC;

3. Coppola's 6AC does not vary substantively from Coppola's 5AC with respect to the Nash Trust. The Nash Trust's Answer to Coppola's 5AC (Dkt. No. 177) shall, therefore, be deemed responsive to Coppola's 6AC, and;

///
///
///
///
///
///
///
///
///
///

4.   Coppola's 6AC does not vary substantively from Coppola's 5AC with respect to the Estate of Higgins. The Estate of Higgins' Answer to Coppola's 5AC (Dkt. No. 178) shall, therefore, be deemed responsive to Coppola's 6AC.

**IT IS SO STIPULATED.**

Date: March 5, 2015                    GREBEN & ASSOCIATES


                                         /s/ Jan A. Greben
                                        Jan A. Greben
                                        Brett A. Boon
                                        Attorneys for the Viola M. Coppola Irrevocable Trust,
                                        Gary Coppola and the Trust of Anthony M. Coppola

Date: March 5, 2015                    ALLEN MATKINS LECK GAMBLE MALLORY &
                                       NATSIS LLP


                                         /s/  Emily L. Murray_____
                                        Emily L. Murray
                                        Tim C. Hsu
                                        Attorneys for Martin and Martin Properties, LLC

Date: March 5, 2015                    WILLIAMS, JORDAN & BRODERSON LLP


                                         /s/_Steven R. Williams_____
                                        Steven R. Williams
                                        Attorneys for the Jane H. Nash Revocable Trust and the
                                        Estate of Decatur Higgins

Date: March 5, 2015                    HERR PEDERSEN & BERGLUND LLP


                                         /s/ Leonard C. Herr_____
                                        Leonard C. Herr
                                        Attorneys for the City of Visalia

**IT IS SO ORDERED.**

Date:   3/9/2015               _____/s/ Barbara A. McAuliffe_____
                               UNITED STATES MAGISTRATE JUDGE