**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Brett A. Boon, SBN 283225
brett@grebenlaw.com

Attorneys for Plaintiffs THE VIOLA M. COPPOLA IRREVOCABLE TRUST, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| THE VIOLA M. COPPOLA IRREVOCABLE TRUST, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA;<br><br>            Plaintiffs,<br><br>v.<br><br>PARAGON CLEANERS, INC. (formerly sued as GREGORY SMITH, an individual); RICHARD LASTER, an individual; THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS, A/K/A THE ESTATE OF MABEL ELAINE HIGGINS; HARLEY MILLER, an individual; CHERYL MILLER, an individual; MARTIN AND MARTIN PROPERTIES LLC; CALIFORNIA WATER SERVICE COMPANY; the CITY OF VISALIA; NASH PROPERTIES LLC [DOE#1], DAVID H. NASH, as successor co-trustee of the WILLIAM P. NASH and JANE H. NASH REVOCABLE TRUST [DOE #2], RICHARD P. NASH, as successor and co-trustee of the WILLIAM P. NASH and JANE H. NASH REVOCABLE TRUST [DOE #3], VISALIA UNIFIED SCHOOL DISTRICT; and DOES 4-20, inclusive.<br>            Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE JOINT SCHEDULING CONFERENCE** |

1    **IT IS HEREBY STIPULATED** by and between all parties in this case that the Scheduling
2    Conference in the above-referenced matter be moved to May 12, 2015 at 8:30 a.m., from the
3    currently scheduled date of May 7, 2015.

4    On April 20, 2015 the parties filed their Joint Scheduling Conference Statement. No
5    additional statement need be filed.

6    Good cause exists because Plaintiffs' counsel is conflicted on the date set by the Court's
7    Minute Order (Doc. 311).

8    Accordingly, the parties stipulate and respectfully request that the Court advance the
9    Scheduling Conference in this case from its current date to May 12, 2105.

Dated: April 24, 2015                GREBEN & ASSOCIATES

/s/ Jan A. Greben
Jan A. Greben
Brett A. Boon
Attorneys for Plaintiffs and Counter Defendants
THE VIOLA COPPOLA IRREVOCABLE
TRUST, GARY COPPOLA, and the TRUST OF
ANTHONY M. COPPOLA

Dated: April 24, 2015                GUALCO LAW

/s/ Lori J. Gualco
Lori J. Gualco
Attorney for Defendant RICHARD LASTER

Dated: April 24, 2015                GUALCO LAW

/s/ Lori J. Gualco
Lori J. Gualco
Attorney for Defendant PARAGON
CLEANERS, INC.

Dated: April 24, 2015                WILLIAMS, BORDERSEN & PRITCHETT
LLP

|  |  |
|---|---|
|  | /s/ Steven R. Williams |
|  | Steven R. Williams<br>Attorney for Defendants THE JANE H. NASH REVOCABLE TRUST AND THE ESTATE OF DECATUR HIGGINS |
| Dated: April 24, 2015 | GLASER, WEIL, FINK, JACOBS, HOWARD, AVCHEN & SHAPIRO LLP |
|  | /s/ Noah P. Perch-Ahern |
|  | Gregory R. McClintock<br>Noah P. Perch-Ahern<br>Attorneys for Defendant CALIFORNIA WATER SERVICE COMPANY |
| Dated: April 24, 2015 | WOOD, SMITH, HENNING & BERMAN LLP |
|  | /s/ Patrick S. Schoenburg |
|  | David F. Wood<br>Patrick S. Schoenburg<br>Attorneys for Defendant CALIFORNIA WATER SERVICE COMPANY |
| Dated: April 24, 2015 | DOOLEY, HERR, PEDERSEN & BERGLUND BAILEY, LLP |
|  | /s/ Leonard C. Herr |
|  | Leonard C. Herr<br>Ron Statler<br>Attorneys for Defendant CITY OF VISALIA |
| Dated: April 24, 2015 | ALLEN, MATKINS, LECK, GAMBLE, MALLORY & NATSIS LLP |
|  | /s/ Emily L. Murray |

Dated: April 24, 2015

Emily L. Murray
Tim C. Hsu
Attorneys for Defendant MARTIN AND MARTIN PROPERTIES, LLC

NELSON & ROZIER

/s/ John L. Rozier

John L. Rozier
Clayton Christensen
Attorneys for Defendant VISALIA UNIFIED SCHOOL DISTRICT

**IT IS SO ORDERED that the Scheduling Conference hearing is continued from May 7, 2015 to May 12, 2015 at 8:30 a.m. before Judge McAuliffe.**

Dated**:   April 27, 2015**   /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28