1 | Steven R. Williams #73174
**WILLIAMS, BRODERSEN**
2 | **& PRITCHETT LLP**
2222 West Main Street
3 | Visalia, California 93291
Telephone: (559) 635-9000
4 | Facsimile:  (559) 635-9085
E-mail:  srw@wbplawyers.com

5 |

Attorneys for Cross-Defendants,
6 | David H. Nash and Richard P. Nash
as the successor co-trustees of the
7 | William P. Nash and Jane H. Nash
Revocable Trust and the Jane Higgins
8 | Nash Trust.

9 |

**UNITED STATES DISTRICT COURT**

10 |

**EASTERN DISTRICT OF CALIFORNIA**

11 |

THE VIOLA M. COPPOLA IRREVOCABLE )   Case No. 1:11-CV-01257-AWI-BAM
12 | TRUST, GARY COPPOLA and  THE TRUST )
OF ANTHONY COPPOLA,                )
13 |                                    )   **STIPULATION AND ORDER**
                                    )   **SUBSTITUTING PARTIES**
            Plaintiffs,              )
14 |                                    )
        vs.                          )
15 |                                    )
PARAGON CLEANERS, INC. (formerly sued )
16 | as GREGORY SMITH, an individual);    )
RICHARD LASTER, an individual; JANE   )
17 | NASH as Trustee of the JANE HIGGINS  )
NASH TRUST; JANE NASH as EXECUTOR )
18 | of the ESTATE OF DECATUR HIGGINS aka )
the ESTATE OF MABEL ELAINE HIGGINS; )
19 | HARLEY MILLER, an individual; CHERYL )
MILLER, an individual; MARTIN AND     )
20 | MARTIN PROPERTIES; CALIFORNIA        )
WATER SERVICE COMPANY; the CITY OF )
21 | VISALIA; NASH PROPERTIES LLC [DOE    )
#1]; DAVID H. NASH, as the successor co- )
22 | trustee of the WILLIAM P. NASH and JANE )
H. NASH REVOCABLE TRUST [DOE #2],     )
23 | RICHARD P. NASH, as the successor co-  )
trustee of the WILLIAM P. NASH and JANE )
24 | H. NASH REVOCABLE TRUST [DOE #3];    )
VISALIA UNIFIED SCHOOL DISTRICT; and )
25 | DOES 4-20, inclusive,                )

_Williams, Brodersen & Pritchett LLP_
_2222 West Main Street_
_Visalia, CA 93291_

**Williams, Brodersen & Pritchett LLP**
2222 West Main Street
Visalia. CA 93291

1    Defendants.                          )
                                          )
2    _____  )
                                          )
3    AND RELATED CROSS AND COUNTER-       )
     CLAIMS.                              )
                                          )
4    _____  )

5         Cross-complainants and counter-claimants PARAGON CLEANERS, INC.

6    (formerly sued as GREGORY SMITH, an individual) and RICHARD LASTER,

7    (collectively "Cross-complainants") and cross-defendants, David H. Nash and Richard P.

8    Nash (collectively "Nash Defendants") hereby stipulate to substitute parties to correctly

9    identify the trust names under which cross-defendants are named in Cross-complainants'

     Amended Cross-Complaint as follows.

10        Whereas, Cross-complainants named the William P. Nash and Jane H. Nash

11   Revocable Trust ("Revocable Trust") as a cross-defendant in their cross-complaint, being

12   ignorant of the lack of ownership, operation, or control by the Revocable Trust of the

13   Paragon Cleaners Property which, at one time, was owned by the Jane Higgins Nash Trust

14   created under the Will of Mabel Elaine Higgins.

15        Whereas, since joining the Nash Defendants, Cross-complainants have learned

16   through discovery that these trustees were erroneously sued under the Revocable Trust,

17   which is a different Nash trust, and Cross-complainants wish to correct the identification

18   of the true identity so that the Nash Defendants are named in their correct capacity.

19        Whereas, the deadline to move to amend the pleadings and add parties is September

20   30, 2015, and the Parties wish to comply with this deadline and bring this stipulation in

21   good faith.

22        The Parties hereby stipulate to substitute the parties as follows:

         1. The current parties to the Cross-Complaint, namely:

23

24            a.  David H. Nash as the successor co-trustee of the William P. Nash

                  and Jane H. Nash Revocable Trust; and

25

**Williams, Brodersen & Pritchett LLP**
2222 West Main Street
Visalia. CA 93291

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

      b.  Richard P. Nash as the successor co-trustee of the William P. Nash and Jane H. Nash Revocable Trust.

  2.  Shall be replaced with the parties as follows ("Successor Cross-Defendants"):

      a.  David H. Nash as successor trustee of the Jane Nash Trust, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust.

      b.  Richard P. Nash as successor trustee of the Jane Nash Trust, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust.

The Successor Cross-Defendants shall be added to the allegations and claims existing against the Jane Higgins Nash Trust as if they were fully set forth against the Successor Defendants, and each of them.  The answer filed by the Jane Higgins Nash Trust will serve as the answer on behalf of each of the Successor Cross-Defendants as if it were fully set forth by each of the Successor Cross-Defendants individually.

The Cross-complainants are hereby added, on behalf of the Successor Cross-Defendants, to the allegations and counterclaims made by the Jane Higgins Nash Trust as if they were fully set forth against the Cross-complainants, and each of them, in the answer and counterclaims filed by the Jane Higgins Nash Trust.

As a result of the above stipulation, Cross-complainants hereby dismiss without prejudice from their cross-complaint, David H. Nash as the successor co-trustee of the William P. Nash and Jane H. Nash Revocable Trust; and Richard P. Nash as the successor co-trustee of the William P. Nash and Jane H. Nash Revocable Trust, only.

1

2    Date: August 28, 2015                    GUALCO LAW

3

4                                            /s/ Lori J. Gualco as authorized on 8/28/15
                                             Lori J. Gualco
                                             Attorneys for Defendants/Cross Complainants
5                                            Paragon Cleaners, Inc. (formerly sued as Gregory
                                             Smith) and Richard Laster

6

7    Date:  August 28, 2015                  WILLIAMS, BRODERSEN & PRITCHETT LLP

8

9                                            /s/ Steven R. Williams
                                             Steven R. Williams
                                             Attorneys for The Jane Higgins Nash Trust; Jane
10                                           Nash as Executor of the Estate of Decatur Higgins
                                             AKA the Estate of Mabel Elaine Higgins; Nash
11                                           Properties, LLC, David H. Nash, as the successor
                                             co-trustee of the William P. Nash and Jane H.
12                                           Nash Revocable Trust and the Jane Higgins Nash
                                             Trust, and Richard P. Nash, as the successor co-
13                                           trustee of the William P. Nash and Jane H. Nash
                                             Revocable Trust and the Jane Higgins Nash Trust

14

15                                    **ORDER**

16         Based on the agreement of the parties, the stipulation is GRANTED in full. The Clerk of

17   the Court SHALL substitute the parties as follows:

18         1.  The current parties to the Cross-Complaint, namely:

19             a.  David H. Nash as the successor co-trustee of the William P. Nash and Jane

20                 H. Nash Revocable Trust; and

21             b.   Richard P. Nash as the successor co-trustee of the William P. Nash and

22                 Jane H. Nash Revocable Trust.

           2.  Shall be replaced with the parties as follows ("Successor Cross-Defendants"):

23             a.  David H. Nash as successor trustee of the Jane Nash Trust, a trust created

24                 under the terms of the Last Will and Testament of Mabel Elaine Higgins,

25

*Williams, Brodersen & Pritchett LLP*
*2222 West Main Street*
*Visalia. CA 93291*

1

2

formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust.

3

4

5

b. Richard P. Nash as successor trustee of the Jane Nash Trust, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust.

6

7

IT IS SO ORDERED.

8

Dated**:   September 1, 2015**                    /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Williams, Brodersen & Pritchett LLP**
2222 West Main Street
Visalia. CA 93291