**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
Christine@grebenlaw.com

Attorneys for Plaintiffs VIOLA M. COPPOLA IRREVOCABLE TRUST, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| VIOLA M. COPPOLA IRREVOCABLE TRUST, GARY COPPOLA, and THE TRUST OF ANTHONY M. COPPOLA;<br><br>Plaintiffs,<br><br>v.<br><br>PARAGON CLEANERS INC., (formerly sued as GREGORY SMITH, an individual), *et al.*<br><br>Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**ORDER GRANTING RATIFICATION BY THE REAL PARTY IN INTEREST PURSUANT TO RULE 17**<br><br>**ORDER VACATING MOTION HEARING** |

///
///
///
///
///
///
///
///

- 1 -

1    Currently before the Court is Plaintiffs' application for ratification of the real party in interest
2 regarding Gary Coppola as Successor Trustee of the Viola M. Coppola Irrevocable Trust and Gary
3 Coppola as Trustee of the Trust of Anthony M. Coppola pursuant to Federal Rule of Civil Procedure
4 17. Fed. R. Civ. P 17(a); (Doc. 357). Although the time for filing an opposition to the motion has
5 passed, no opposition was filed. (Doc. 358). Accordingly, the Court deems the matter suitable for
6 decision without oral argument pursuant to Local Rule 230(g), and the hearing scheduled for
7 January 29, 2016, is HEREBY VACATED.

8    Having considered the moving papers, the lack of opposition, all other evidence in the
9 record, and for good cause shown, Plaintiffs' application is GRANTED.

10   IT IS HEREBY ORDERED that the following real parties in interest for purposes of the
11 entire above action—in the capacity of plaintiffs and counter/cross-defendants—are as follows:

- Gary Coppola, as an individual;
- Gary Coppola, as successor trustee of the Viola M. Coppola Irrevocable Trust (in conformity with this Court's prior Order of April 18, 2014 (Doc. 213) and to correct the current Seventh Amended Complaint, and all counterclaims.);
- Gary Coppola, as trustee of the Anthony M. Coppola Trust.

IT IS SO ORDERED.

Dated:  **January 21, 2016**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING RATIFICATION                                     1:11-CV-01257-AWI-BAM