UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VIOLA M. COPPOLA IRREVOCABLE TRUST, et al.,<br><br>Plaintiff<br><br>v.<br><br>PARAGON CLEANERS, INC., et al.,<br><br>Defendants<br><br>AND RELATED CLAIMS | CASE NO. 1:11-CV-1257 AWI BAM<br><br>ORDER DISMISS DEFENDANTS HARLEY MILLER AND CHERYL MILLER IN LIGHT OF UNOPPOSED REQUEST TO DISMISS<br><br>(Doc. No. 356) |

This is a complex CERCLA case involving a contamination plume in Visalia, California. On December 29, 2015, Plaintiffs filed a notice of voluntary dismissal without prejudice of Harley Miller and Cheryl Miller. See Doc. No. 356. Although other parties have filled answers and other pleadings, these individuals have not appeared in this case. Nearly 30 days have now passed since Plaintiffs' notice of dismissal, and no party responded to it.

Federal Rule of Civil Procedure 41(a) "allows plaintiffs voluntarily to dismiss some or all of their claims against some or all defendants." Romoland Sch. Dist. v. Inland Empire Energy Ctr., LLC, 548 F.3d 738, 748 (9th Cir. 2008). Where a defendant has served an answer, but has not signed a stipulation to dismiss, a plaintiff's voluntary dismissal must be effected through Federal Rule of Civil Procedure 41(a)(2). See Fed. R. Civ. Pro. 41(a); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1999). Rule 41(a)(2) provides in pertinent part: "Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on

terms that the court considers proper." Fed. R. Civ. Pro. 41(a)(2). "A district court should grant a motion for voluntary dismissal under Rule 41(a)(2) unless a defendant can show that it will suffer some plain legal prejudice as a result." Smith v. Lenches, 263 F.3d 972, 975 (9th Cir. 2001).

Here, neither Harley Miller nor Cheryl Miller have appeared, and no other defendant or party has objected or responded to Plaintiffs' requested dismissal. Given the time that has now passed, the Court will view Plaintiffs' request as being unopposed. The Court sees no reason to deny Plaintiffs' requested dismissal without prejudice. See Fed. R. Civ. Pro. 41(a)(2); Smith, 263 F.3d at 975.

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to Rule 41(a)(2), Plaintiffs' requested dismissal without prejudice of Harley Miller and Cheryl Miller (Doc. No. 356) is GRANTED; and
2. Defendants Harley Miller and Cheryl Miller are DISMISSED from this action.

IT IS SO ORDERED.

Dated:   January 25, 2016                              _____
                                                                                SENIOR DISTRICT JUDGE