**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Plaintiffs GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GARY COPPOLA, an individual, GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST;<br><br>Plaintiffs,<br><br>v.<br><br>PARAGON CLEANERS (formerly sued as GREGORY SMITH, an individual); et al.<br><br>Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**STIPULATION AND ORDER EXTENDING EXPERT WITNESS SCHEDULING DEADLINES** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs Gary Coppola, Gary Coppola as successor trustee of the Viola M. Coppola Irrevocable Trust, and Gary Coppola as trustee of the Anthony M. Coppola Trust; Defendant Richard Laster; Defendant Paragon Cleaners, Inc.; Defendants the Jane Higgins Nash Trust, Jane Nash as Executor of the Estate of Decatur Higgins AKA the Estate of Mabel Elaine Higgins, Nash Properties LLC, David H. Nash and Richard P. Nash as the successor trustees of the Jane Nash Trust, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary

Trust and commonly known as the Jane Higgins Nash Trust; as well as Defendant California Water Service Company; Defendant City of Visalia; Defendant Martin and Martin Properties LLC; and Defendant Visalia Unified School District (collectively "Parties")

The Parties hereby agree and stipulate to extend the expert discovery deadlines set forth in the Court's Scheduling Order [Doc 320] as follows.

- Initial Expert Witness Disclosures, currently scheduled for June 10, 2016, shall be moved to June 24, 2016.
- Supplemental Expert Witness Disclosures, currently scheduled for July 8, 2016, shall be moved to July 22, 2016.

All other deadlines remain unchanged, including the close of expert discovery which is set for September 16, 2016. The parties stipulate in good faith and request that the Court adopt this modified schedule.

Dated: March 3, 2016                    GREBEN & ASSOCIATES

(Authorized on: February 25, 2016)

/s/ Jan A. Greben
Jan A. Greben
Christine M. Monroe
Attorneys for Plaintiffs and Counter Defendants
GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

Dated: March 3, 2016                    GUALCO LAW

(Authorized on: February 25, 2016)

/s/ Lori J. Gualco
Lori J. Gualco
Attorney for Defendant RICHARD LASTER

| | | |
|---|---|---|
| 1 | Dated: March 3, 2016 | GUALCO LAW |
| 2 | (Authorized on: February 25, 2016) | |
| 3 | | /s/ Lori J. Gualco |
| 4 | | Lori J. Gualco |
| 5 | | Attorney for Defendant PARAGON CLEANERS, INC. |
| 8 | Dated: March 3, 2016 | WILLIAMS, BRODERSEN & PRITCHETT LLP |
| 9 | (Authorized on: February 25, 2016) | |
| 10 | | /s/ Steven R. Williams |
| 11 | | Steven R. Williams |
| 12-18 | | Attorney for Defendants THE JANE HIGGINS NASH TRUST; JANE NASH, as EXECUTOR OF THE ESTATE OF DECATUR HIGGINS AKA THE ESTATE OF MABEL ELAINE HIGGINS; NASH PROPERTIES, LLC; and DAVID H. NASH, and RICHARD P. NASH, as the SUCCESSOR TRUSTEES OF THE JANE NASH TRUST, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust |
| 21 | Dated: March 3, 2016 | WOOD, SMITH, HENNING & BERMAN LLP |
| 22 | (Authorized on: February 25, 2016) | |
| 23 | | /s/ Patrick S. Schoenburg |
| 24 | | David F. Wood |
| 25 | | Patrick S. Schoenburg |
| | | Attorneys for Defendant CALIFORNIA WATER SERVICE COMPANY |

| | | |
|---|---|---|
| 1 | Dated: March 3, 2016 | HERR, PEDERSEN & BERGLUND LLP |
| 2 | (Authorized on: February 29, 2016) | |
| 3 | | /s/ Ron Statler |
| 4 | | Leonard C. Herr<br>Ron Statler |
| 5 | | Attorneys for Defendant CITY OF VISALIA |

Dated: March 3, 2016

ALLEN, MATKINS, LECK, GAMBLE, MALLORY & NATSIS LLP

(Authorized on: February 25, 2016)

/s/ Tim C. Hsu

Emily L. Murray
Tim C. Hsu
Attorneys for Defendant MARTIN AND MARTIN PROPERTIES, LLC

Dated: March 3, 2016

NELSON & ROZIER

(Authorized on: February 26, 2016)

/s/ Clayton Christenson

John L. Rozier
Clayton Christenson
Attorneys for Defendant VISALIA UNIFIED SCHOOL DISTRICT

- 4 -
STIPULATION & ORDER RE EXPERT WITNESS SCHEDULING                1:11-CV-01257-AWI-BAM

**ORDER**

The Court having considered the parties' Stipulation to modify the scheduling order deadlines finds that good cause exists to continue the expert discovery deadlines to the following dates:

1. Expert Disclosures: June 24, 2016
2. Rebuttal Expert Disclosures: July 22, 2016

All other deadlines remain unchanged, including the close of expert discovery which is set for September 16, 2016.

IT IS SO ORDERED.

Dated:   **March 3, 2016**            /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE