**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Plaintiffs GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GARY COPPOLA, an individual, GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST; <br><br> Plaintiffs, <br><br> v. <br><br> PARAGON CLEANERS (formerly sued as GREGORY SMITH, an individual); et al. <br><br> Defendants. <br><br> RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF PLAINTIFFS' CONTINUING PRIVATE NUISANCE AND NUISANCE PER SE CLAIMS, ONLY, AGAINST VISALIA UNIFIED SCHOOL DISTRICT ONLY** |

On April 14, 2016, the parties submitted the following stipulation:

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedure Rule 41(a)(ii), Plaintiffs Gary Coppola, Gary Coppola as successor trustee of the Viola M. Coppola Irrevocable Trust, and Gary Coppola as trustee of the Anthony M. Coppola Trust (collectively

"Coppola") voluntarily dismisses **without** prejudice the following claims, only, against Defendant Visalia Unified School District ("VUSD"), only:

- Plaintiffs Fifth Cause of Action, Continuing Private Nuisance; and
- Plaintiffs Sixth Cause of Action, Nuisance Per Se.

Further, pursuant to agreement between the parties, each side shall bear their own fees and costs.

It is hereby stipulated and requested that the Court enter the above-referenced dismissal.

All other claims against VUSD remain operative.

Dated: April 18, 2016                    GREBEN & ASSOCIATES

/s/ Jan A. Greben
Jan A. Greben
Christine M. Monroe
Attorneys for Plaintiffs and Counter Defendants
GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

Dated: April 18, 2016                    NELSON & ROZIER

/s/ Clayton Christenson
John L. Rozier
Clayton Christenson
Attorneys for Defendant VISALIA UNIFIED SCHOOL DISTRICT

The Court will give effect to this stipulation.

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that the "Coppola" Plaintiffs' claims against Defendant the Visalia Unified School District for Continuing Private Nuisance (fifth cause of action in the operative complaint) and for Nuisance Per Se (sixth cause of action in the operative complaint) are dismissed without prejudice and are no longer a part of the operative complaint.

IT IS SO ORDERED.

Dated:  April 18, 2016

SENIOR DISTRICT JUDGE