**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Plaintiffs GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GARY COPPOLA, an individual, GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST; <br><br> Plaintiffs, <br><br> v. <br><br> PARAGON CLEANERS (formerly sued as GREGORY SMITH, an individual); et al. <br><br> Defendants. <br><br> RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING EXTENDING DEADLINES SET FORTH IN THE COURT'S SCHEDULING ORDER** |

   This stipulation is made by and between Plaintiffs Gary Coppola, Gary Coppola as successor trustee of the Viola M. Coppola Irrevocable Trust, and Gary Coppola as trustee of the Anthony M. Coppola Trust; Defendant Richard Laster; Defendant Paragon Cleaners, Inc.; Defendants the Jane Higgins Nash Trust, Jane Nash as Executor of the Estate of Decatur Higgins AKA the Estate of Mabel Elaine Higgins, Nash Properties LLC, David H. Nash and Richard P. Nash as the successor trustees of the Jane Nash Trust, a trust created under the terms of the Last Will and Testament of

Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust; as well as Defendant California Water Service Company; Defendant City of Visalia; Defendant Martin and Martin Properties LLC; and Defendant Visalia Unified School District (collectively "Parties").

The Parties hereby agree and stipulate to extend certain deadlines set forth in the Court's Scheduling Order, and the stipulated order on certain expert deadlines [Documents 320 and 374] as follows. All other deadlines remain unchanged. The Parties stipulate in good faith, following the hearing on April 21, 2016, and request that the Court adopt this modified schedule.

- Coppola's fact discovery cut-off against the City, only, currently scheduled for June 1, 2016, shall be moved to June 22, 2016.
- Initial Expert Witness Disclosures, currently scheduled for June 24, 2016, shall be moved to July 13, 2016.
- Supplemental Expert Witness Disclosures, currently scheduled for July 22, 2016, shall be moved to August 18, 2016.
- The close of expert discovery, currently scheduled to close on September 16, 2016, shall be extended to September 23, 2016.

Dated: April 26, 2016                           GREBEN & ASSOCIATES


/s/ Jan A. Greben
---
Jan A. Greben
Christine M. Monroe
Attorneys for Plaintiffs and Counter Defendants
GARY COPPOLA, an individual; GARY
COPPOLA, as SUCCESSOR TRUSTEE OF
THE VIOLA M. COPPOLA IRREVOCABLE
TRUST; and GARY COPPOLA, as TRUSTEE
OF THE ANTHONY M. COPPOLA TRUST

Dated: April 26, 2016                           GUALCO LAW

1  (Authorized on: 4/22/2016)

2  /s/ Lori J. Gualco

3  Lori J. Gualco
   Attorney for Defendant RICHARD LASTER

4

5

6  Dated: April 26, 2016                GUALCO LAW

7  (Authorized on: 4/22/2016)

8  /s/ Lori J. Gualco

9  Lori J. Gualco
   Attorney for Defendant PARAGON
10 CLEANERS, INC.

11

12

13 Dated: April 26, 2016                WILLIAMS, BRODERSEN & PRITCHETT LLP

14 (Authorized on: 4/22/2016)

15 /s/ Steven R. Williams

16 Steven R. Williams
   Attorney for Defendants THE JANE HIGGINS
17 NASH TRUST; JANE NASH, as EXECUTOR
   OF THE ESTATE OF DECATUR HIGGINS
18 AKA THE ESTATE OF MABEL ELAINE
   HIGGINS; NASH PROPERTIES, LLC; and
19 DAVID H. NASH, and RICHARD P. NASH, as
   the SUCCESSOR TRUSTEES OF THE JANE
20 NASH TRUST, a trust created under the terms of
   the Last Will and Testament of Mabel Elaine
21 Higgins, formerly known as the Mabel Elaine
   Higgins Testamentary Trust and commonly
22 known as the Jane Higgins Nash Trust

23

24

25

26

27

28 Dated: April 26, 2016                WOOD, SMITH, HENNING & BERMAN LLP

   (Authorized on: 4/22/2016)

| | |
|---|---|
| | /s/ Patrick S. Schoenburg |
| | David F. Wood<br>Patrick S. Schoenburg<br>Attorneys for Defendant CALIFORNIA<br>WATER SERVICE COMPANY |

| | |
|---|---|
| Dated: April 26, 2016 | HERR, PEDERSEN & BERGLUND LLP |
| (Authorized on: 4/22/2016) | |
| | /s/ Leonard C. Herr |
| | Leonard C. Herr<br>Ron Statler<br>Attorneys for Defendant CITY OF VISALIA |

| | |
|---|---|
| Dated: April 26, 2016 | ALLEN, MATKINS, LECK, GAMBLE,<br>MALLORY & NATSIS LLP |
| (Authorized on:4/22/2016) | |
| | /s/ Tim C. Hsu |
| | Emily L. Murray<br>Tim C. Hsu<br>Attorneys for Defendant MARTIN AND<br>MARTIN PROPERTIES, LLC |

| | |
|---|---|
| Dated: April 26, 2016 | NELSON & ROZIER |
| (Authorized on: 4/22/2016) | |
| | /s/ Clayton Christenson |
| | John L. Rozier<br>Clayton Christenson<br>Attorneys for Defendant VISALIA UNIFIED<br>SCHOOL DISTRICT |

**ORDER**

**IT IS SO ORDERED.**

Dated: **April 26, 2016**                             /s/ Barbara A. McAuliffe
                                                    UNITED STATES MAGISTRATE JUDGE