**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Plaintiffs GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GARY COPPOLA, an individual, GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST;<br><br>Plaintiffs,<br><br>v.<br><br>PARAGON CLEANERS (formerly sued as GREGORY SMITH, an individual); et al.<br><br>Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENDING EXPERT DISCOVERY DEADLINES** |

This stipulation is made by and between Plaintiffs Gary Coppola, Gary Coppola as successor trustee of the Viola M. Coppola Irrevocable Trust, and Gary Coppola as trustee of the Anthony M. Coppola Trust; Defendant Richard Laster; Defendant Paragon Cleaners, Inc.; Defendants the Jane Higgins Nash Trust, Jane Nash as Executor of the Estate of Decatur Higgins AKA the Estate of Mabel Elaine Higgins, Nash Properties LLC, David H. Nash and Richard P. Nash as the successor trustees of the Jane Nash Trust, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust; as well as

Defendant California Water Service Company; Defendant City of Visalia; Defendant Martin and Martin Properties LLC; and Defendant Visalia Unified School District (collectively "Parties").

The Parties hereby stipulate to extend certain deadlines as follows:

- Initial Expert Witness Disclosures, currently scheduled for July 13, 2016, shall be moved to July 27, 2016.
- Rebuttal Expert Witness Disclosures, currently scheduled for August 18, 2016, shall be moved to August 30, 2016.
- The close of expert discovery will remain as scheduled, to close on September 23, 2016.
- All other deadlines shall remain the same.

The Parties respectfully request that the Court grant this short extension of certain deadlines set forth in the Court's Scheduling Order, and the stipulated orders on certain expert deadlines [Documents 320, 374, and 398] to consolidate the deadlines in this case with those in the Mission Linen Case[1]. Good cause exists because several of the parties to this stipulation have pending motions for approval of settlement and likely will not participate in expert discovery [Cal Water – Document 390; Martin and Martin Properties – Document 414; VUSD – Document 415]. All but one of the remaining parties are counsel in both the Coppola and Mission Linen cases, which have similar factual and technical issues. No other deadlines will be affected or modified as a result of this stipulation in either case.

Dated: June 16, 2016

GREBEN & ASSOCIATES

/s/ Jan A. Greben
Jan A. Greben
Christine M. Monroe
Attorneys for Plaintiffs and Counter Defendants
GARY COPPOLA, an individual; GARY
COPPOLA, as SUCCESSOR TRUSTEE OF
THE VIOLA M. COPPOLA IRREVOCABLE
TRUST; and GARY COPPOLA, as TRUSTEE
OF THE ANTHONY M. COPPOLA TRUST

---

[1] *Mission Linen Supply v. City of Visalia,* Case No. 1:15-cv-00672-AWI-EPG

| | |
|---|---|
| Dated: June 15, 2016 | GUALCO LAW |
| (Authorized on 6/15/16) | |
| | /s/ Lori J. Gualco |
| | Lori J. Gualco |
| | Attorney for Defendant RICHARD LASTER |
| | |
| Dated: June 15, 2016 | GUALCO LAW |
| (Authorized on 6/15/16) | |
| | /s/ Lori J. Gualco |
| | Lori J. Gualco |
| | Attorney for Defendant PARAGON CLEANERS, INC. |
| | |
| Dated: June 16, 2016 | WILLIAMS, BRODERSEN & PRITCHETT LLP |
| (Authorized on 6/16/16) | |
| | /s/ Steven R. Williams |
| | Steven R. Williams |
| | Attorney for Defendants THE JANE HIGGINS NASH TRUST; JANE NASH, as EXECUTOR OF THE ESTATE OF DECATUR HIGGINS AKA THE ESTATE OF MABEL ELAINE HIGGINS; NASH PROPERTIES, LLC; and DAVID H. NASH, and RICHARD P. NASH, as the SUCCESSOR TRUSTEES OF THE JANE NASH TRUST, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust |
| Dated: June 16, 2016 | HERR, PEDERSEN & BERGLUND LLP |
| (Authorized on 6/16/16) | |
| | /s/ Leonard C. Herr |
| | Leonard C. Herr |
| | Ron Statler |
| | Attorneys for Defendant CITY OF VISALIA |
| Dated: June 16, 2016 | WOOD, SMITH, HENNING & BERMAN LLP |

(Authorized 6/16/16)

                                  /s/ Patrick S. Schoenburg

David F. Wood
Patrick S. Schoenburg
Attorneys for Defendant CALIFORNIA
WATER SERVICE COMPANY

Dated: June 15, 2016         ALLEN, MATKINS, LECK, GAMBLE,
MALLORY & NATSIS LLP

(Authorized on 6/15/16)

                                  /s/ Tim C. Hsu

Emily L. Murray
Tim C. Hsu
Attorneys for Defendant MARTIN AND
MARTIN PROPERTIES, LLC

Dated: June 15, 2016         NELSON & ROZIER

(Authorized on 6/15/16)

                                  /s/ Clayton Christenson

John L. Rozier
Clayton Christenson
Attorneys for Defendant VISALIA UNIFIED
SCHOOL DISTRICT

**IT IS SO ORDERED.**

Dated**:  June 20, 2016**          /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE