**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Plaintiffs GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GARY COPPOLA, an individual, GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST; <br><br> Plaintiffs, <br><br> v. <br><br> PARAGON CLEANERS (formerly sued as GREGORY SMITH, an individual); et al. <br><br> Defendants. <br><br>_____ <br><br> RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM <br><br> **STIPULATED REQUEST FOR DISMISSAL REGARDING CALIFORNIA WATER SUPPLY COMPANY, ONLY; [~~PROPOSED~~] ORDER THEREON** <br><br><br><br><br><br><br><br> (Doc. No. 427) |

On July 5, 2016, Plaintiffs and Defendant Cal Water filed the following stipulation:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2) and (c), the Court's Order approving the good faith settlement [Document No. 424], and the terms of the settlement, Plaintiffs and counter-defendants  Gary Coppola, an individual, Gary Coppola, as Successor Trustee of The Viola M. Coppola Irrevocable Trust; and Gary Coppola, as Trustee of The Anthony M. Coppola

- 1 -

Trust ("Plaintiffs") and California Water Service Company ("Cal Water") (collectively the "Parties") hereby stipulate and request that the Court enter an Order as set forth in the terms below.

1.  Plaintiffs' complaint in the above captioned action is hereby dismissed **with prejudice**, including their entire action and all claims encompassed therein, against Cal Water, only;

2.  Cal Water's counterclaim in the above captioned action is hereby dismissed **with prejudice**, including their entire action and all claims encompassed therein, against Plaintiffs;

3.  Each party shall bear their own attorney's fees and costs;

4.  This Court shall retain jurisdiction over the parties for purposes of enforcing the settlement agreement reached by and between Plaintiffs and Cal Water; and

5.  The foregoing dismissals are voluntary and shall not operate as an adjudication on the merits.

Dated: July 5, 2016

GREBEN & ASSOCIATES


/s/ Jan A. Greben
Jan A. Greben
Christine M. Monroe
Attorneys for Plaintiffs and Counter Defendants
GARY COPPOLA, an individual; GARY
COPPOLA, as SUCCESSOR TRUSTEE OF
THE VIOLA M. COPPOLA IRREVOCABLE
TRUST; and GARY COPPOLA, as TRUSTEE
OF THE ANTHONY M. COPPOLA TRUST


Dated: July 5, 2016

WOOD, SMITH, HENNING & BERMAN LLP


/s/ Patrick S. Schoenburg
David F. Wood
Patrick S. Schoenburg
Attorneys for Defendant and Counterclaimant
CALIFORNIA WATER SERVICE COMPANY

1

2

**ORDER[1]**

3    The Parties having stipulated and agreed, and good cause appearing thereon, it is hereby

4  ORDERED:

5

6    1.  Plaintiffs' complaint in the above captioned action is dismissed **with prejudice**,

7        including their entire action and all claims encompassed therein, **against Cal Water,**

8        **only;[2]**

9    2.  Cal Water's counterclaim in the above captioned action is dismissed **with prejudice**,

10       including their entire action and all claims encompassed therein, against Plaintiffs;

11   3.  The Clerk shall note that Cal Water has been TERMINATED from this action as of

12       July 5, 2016;

13   4.  Each party shall bear their own attorney's fees and costs;

14   5.  This Court shall retain jurisdiction over the parties for purposes of enforcing the

15       settlement agreement reached by and between Plaintiffs and Cal Water; and

16   6.  The foregoing dismissals are voluntary and shall not operate as an adjudication on the

17       merits.

18  IT IS SO ORDERED.

19  Dated:  __July 5, 2016__                         _____

20                                                      SENIOR  DISTRICT  JUDGE

21

22

23

24

25

26

----

[1] The Court notes that in the order approving Plaintiffs' and Cal Water's settlement, the Court stated that once dismissal
papers were filed, the Court intended to dismiss Cal Water and Cal Water's counterclaims from this case.  See Doc. No.
454 at p.11 n.7.  No party objected or responded to that order.

[2] All other claims by Plaintiffs against all other defendants remain pending and open.

STIPULATED REQUEST FOR DISMISSAL RE CAL WATER; ORDER          1:11-CV-01257-AWI-BAM