**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Plaintiffs GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GARY COPPOLA, an individual, GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST; <br><br>Plaintiffs, <br><br>v. <br><br>PARAGON CLEANERS (formerly sued as GREGORY SMITH, an individual); et al. <br><br>Defendants. <br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM <br><br>**STIPULATED REQUEST FOR DISMISSAL REGARDING MARTIN AND MARTIN PROPERTIES, LLC, ONLY; [~~PROPOSED~~] ORDER** |

On July 5, 2016, Plaintiffs and Defendant Martin and Martin Properties, LLC filed the following stipulation:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2) and (c), the Court's Order approving the good faith settlement [Document No. 425], and the terms of the settlement, Plaintiffs and counter-defendants Gary Coppola, an individual, Gary Coppola, as Successor Trustee of The Viola M. Coppola Irrevocable Trust; and Gary Coppola, as Trustee of The Anthony M. Coppola

Trust ("Plaintiffs") and Martin and Martin Properties, LLC ("Martin") (collectively the "Parties") hereby stipulate and request that the Court enter an Order as set forth in the terms below.

1. Plaintiffs' complaint in the above captioned action is hereby dismissed **with prejudice**, including their entire action and all claims encompassed therein, against Martin, only;
2. Martin's counterclaim in the above captioned action is hereby dismissed **with prejudice**, including their entire action and all claims encompassed therein, against Plaintiffs;
3. Each party shall bear their own attorney's fees and costs;
4. This Court shall retain jurisdiction over the parties for purposes of enforcing the settlement agreement reached by and between Plaintiffs and Martin; and
5. The foregoing dismissals are voluntary and shall not operate as an adjudication on the merits.

Dated: July 6, 2016

GREBEN & ASSOCIATES

/s/ Jan A. Greben
Jan A. Greben
Christine M. Monroe
Attorneys for Plaintiffs and Counter Defendants
GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

Dated: July 6, 2016

ALLEN, MATKINS, LECK, GAMBLE, MALLORY & NATSIS LLP

(Authorized on 7/5/2016)

/s/ Tim C. Hsu
Emily L. Murray
Tim C. Hsu
Attorneys for Defendant and Counterclaimant
MARTIN AND MARTIN PROPERTIES, LLC

# ORDER[1]

The Parties having stipulated and agreed, and good cause appearing thereon, it is hereby ORDERED:

1. Plaintiffs' operative complaint in the above captioned action is dismissed **with prejudice**, including their entire action and all claims encompassed therein**, against Martin, only**;[2]

2. Martin's counterclaims in the above captioned action are dismissed **with prejudice**, including its entire action and all claims encompassed therein, against Plaintiffs;

3. The Clerk shall note that Martin and Martin Properties, LLC has been TERMINATED from this action as of July 5, 2016;

4. Each party shall bear their own attorney's fees and costs;

5. This Court shall retain jurisdiction over the parties for purposes of enforcing the settlement agreement reached by and between Plaintiffs and Martin; and

6. The foregoing dismissals are voluntary shall not operate as an adjudication on the merits.

IT IS SO ORDERED.

Dated:  July 6, 2016                                     _____
                                                                         SENIOR DISTRICT JUDGE

---

[1] The Court notes that in the order approving Plaintiff's and Martin's settlement, the Court stated that once dismissal papers were filed, the Court intended to dismiss both Martin and its counterclaims from this case. See Doc. No. 425 at p.10 n.7.  No party objected or responded to that order.

[2] All other claims by Plaintiffs against all other defendants remain pending and open.