**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Plaintiffs GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GARY COPPOLA, an individual, GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST;<br><br>Plaintiffs,<br><br>v.<br><br>PARAGON CLEANERS (formerly sued as GREGORY SMITH, an individual); et al.<br><br>Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-1257-AWI-BAM<br><br>**STIPULATED REQUEST FOR DISMISSAL REGARDING VISALIA UNIFIED SCHOOL DISTRICT, ONLY; [~~PROPOSED~~] ORDER** |

On July 7, 2016, Plaintiffs and Defendant Visalia Unified School District filed the following stipulation:

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2) and (c), the Court's Order approving the good faith settlement [Document No. 426], and the terms of the settlement, Plaintiffs and counter-defendants Gary Coppola, an individual, Gary Coppola, as Successor Trustee of The Viola M. Coppola Irrevocable Trust; and Gary Coppola, as Trustee of The Anthony M. Coppola

Trust ("Plaintiffs") and Visalia Unified School District ("VUSD") (collectively the "Parties") hereby stipulate and request that the Court enter an Order as set forth in the terms below.

1. Plaintiffs' complaint in the above captioned action is hereby dismissed **with prejudice**, including their entire action and all claims encompassed therein, against VUSD, only;
2. VUSD's counterclaim in the above captioned action is hereby dismissed **with prejudice**, including their entire action and all claims encompassed therein, against Plaintiffs;
3. Each party shall bear their own attorney's fees and costs;
4. This Court shall retain jurisdiction over the parties for purposes of enforcing the settlement agreement reached by and between Plaintiffs and VUSD; and
5. The foregoing dismissals are voluntary and shall not operate as an adjudication on the merits.

Dated: July 8, 2016

GREBEN & ASSOCIATES

/s/ Jan A. Greben
Jan A. Greben
Christine M. Monroe
Attorneys for Plaintiffs and Counter Defendants
GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

Dated: July 5, 2016

(Per authorization)

NELSON & ROZIER

/s/ John L. Rozier
John L. Rozier
Clayton Christenson
Attorneys for Defendant and Counterclaimant
VISALIA UNIFIED SCHOOL DISTRICT

**ORDER**[1]

The Parties having stipulated and agreed, and good cause appearing thereon, it is hereby ORDERED:

1. Plaintiffs' complaint in the above captioned action is dismissed **with prejudice**, including their entire action and all claims encompassed therein, **against VUSD, only**;[2]
2. VUSD's counterclaim in the above captioned action is dismissed **with prejudice**, including their entire action and all claims encompassed therein, against Plaintiffs;
3. The Clerk shall not that Visalia Unified School District has been TERMINATED from this action as of July 7, 2016;
4. Each party shall bear their own attorney's fees and costs;
5. This Court shall retain jurisdiction over the parties for purposes of enforcing the settlement agreement reached by and between Plaintiffs and VUSD; and
6. The foregoing dismissals are voluntary shall not operate as an adjudication on the merits.

IT IS SO ORDERED.

Dated: July 8, 2016

SENIOR DISTRICT JUDGE

---

[1] The Court noes that in the order approving Plaintiff's and VUSD's settlement, the Court stated that once dismissal papers were filed, the Court intended to dismiss both VUSD and its counterclaims from this case. See Doc. No. 426 at p.10 n.7. No party objected or responded to that order.

[2] All other claims by Plaintiffs against all other defendants remain pending and open.

- 3 -
STIPULATED REQUEST FOR DISMISSAL RE VUSD; ORDER    1:11-CV-01257-AWI-BAM