**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Plaintiffs GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GARY COPPOLA, an individual, GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST;<br><br>Plaintiffs,<br><br>v.<br><br>PARAGON CLEANERS (formerly sued as GREGORY SMITH, an individual); et al.<br><br>Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CLOSE OF EXPERT DISCOVERY DEADLINE** |

This stipulation is made by and between Plaintiffs Gary Coppola, Gary Coppola as successor trustee of the Viola M. Coppola Irrevocable Trust, and Gary Coppola as trustee of the Anthony M. Coppola Trust; Defendant Richard Laster; Defendant Paragon Cleaners, Inc.; Defendants the Jane Higgins Nash Trust, Jane Nash as Executor of the Estate of Decatur Higgins AKA the Estate of Mabel Elaine Higgins, Nash Properties LLC, David H. Nash and Richard P. Nash as the successor trustees of the Jane Nash Trust, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine

1 Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust; as well as
2 Defendant City of Visalia (collectively "Parties").

3 The Parties hereby stipulate to extend the expert discovery cut-off date, currently scheduled for September 23, 2016, to October 5, 2016. All other deadlines shall remain the same.

The Parties respectfully request that the Court grant this short extension of the close of expert discovery set forth in the Court's Scheduling Order, and the stipulated orders on certain expert deadlines [Documents 320, 374, 398, and 423] to consolidate the deadlines in this case with those in the Mission Linen Case[1]. All but one of the remaining parties are counsel in both the Coppola and Mission Linen cases, which have similar factual and technical issues. Good cause exists because counsel in the Mission Linen case were required to meet and confer on deadlines because trial was recently re-set per the Court's calendar and the parties have reached the same agreement and wish to combine the depositions of overlapping experts in the interest of conserving resources. No other deadlines will be affected or modified as a result of this stipulation.

Dated: August 4, 2016               GREBEN & ASSOCIATES

                                    /s/ Jan A. Greben
                                    Jan A. Greben
                                    Christine M. Monroe
                                    Attorneys for Plaintiffs and Counter Defendants
                                    GARY COPPOLA, an individual; GARY
                                    COPPOLA, as SUCCESSOR TRUSTEE OF
                                    THE VIOLA M. COPPOLA IRREVOCABLE
                                    TRUST; and GARY COPPOLA, as TRUSTEE
                                    OF THE ANTHONY M. COPPOLA TRUST

Dated: August 4, 2016               GUALCO LAW
(Authorized on 8/4/2016)

                                    /s/ Lori J. Gualco
                                    Lori J. Gualco
                                    Attorney for Defendant RICHARD LASTER

---

[1] *Mission Linen Supply v. City of Visalia,* Case No. 1:15-cv-00672-AWI-EPG

| | |
|---|---|
| Dated: August 4, 2016 | GUALCO LAW |
| (Authorized on 8/4/2016) | |
| | /s/ Lori J. Gualco |
| | Lori J. Gualco<br>Attorney for Defendant PARAGON CLEANERS, INC. |
| Dated: August 4, 2016 | WILLIAMS, BRODERSEN & PRITCHETT LLP |
| (Authorized on 8/4/2016) | |
| | /s/ Steven R. Williams |
| | Steven R. Williams<br>Attorney for Defendants THE JANE HIGGINS NASH TRUST; JANE NASH, as EXECUTOR OF THE ESTATE OF DECATUR HIGGINS AKA THE ESTATE OF MABEL ELAINE HIGGINS; NASH PROPERTIES, LLC; and DAVID H. NASH, and RICHARD P. NASH, as the SUCCESSOR TRUSTEES OF THE JANE NASH TRUST, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust |
| Dated: August 8, 2016 | HERR, PEDERSEN & BERGLUND LLP |
| (Authorized on 8/8/2016) | |
| | /s/ Leonard C. Herr |
| | Leonard C. Herr<br>Ron Statler<br>Attorneys for Defendant CITY OF VISALIA |

**IT IS SO ORDERED.**

Dated:  **August 9, 2016**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

.