1  LORI J. GUALCO (Bar No. 95232)
   GUALCO LAW
2  400 Capitol Mall, Eleventh Floor
   Sacramento, CA 95814
3  Tel:  (916) 930-0700
   Fax: (916) 930-0705
4

5  Attorney for Defendant
   RICHARD LASTER
6
                    UNITED STATES DISTRICT COURT
7
            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
8

9

10 | GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST, | Case No. 1:11-cv-01257-AWI-BAM
11 | | **STIPULATION AND ORDER SUBSTITUTING PARTIES AND DIRECTING CLERK TO AMEND CAPTION**
12 | |
13 |              Plaintiffs, |
             v.
14 | PARAGON CLEANERS, INC. (formerly sued as GREGORY SMITH, an individual); RICHARD LASTER, an individual; THE JANE HIGGINS NASH TRUST; JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS A/K/A THE ESTATE OF MABEL ELAINE HIGGINS; HARLEY MILLER, an individual; CHERYL MILLER, an individual; MARTIN AND MARTIN PROPERTIES; CALIFORNIA WATER SERVICE COMPANY; the CITY OF VISALIA; NASH PROPERTIES LLC [DOE # 1], DAVID H. NASH, as the successor co-trustee of the WILLIAM P. NASH AND JANE H. NASH REVOCABLE TRUST [DOE # 2], RICHARD P. NASH, as the successor co-trustee of the WILLIAM P. NASH and JANE H. NASH REVOCABLE TRUST [DOE # 3], VISALIA UNIFIED SCHOOL DISTRICT;  and DOES 4-20, inclusive;

              Defendants.

   AND RELATED COUNTER AND CROSS CLAIMS

The following parties: Plaintiffs GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST (hereinafter collectively "COPPOLA"); Defendants, Cross-Complainants, and Counter-Claimants RICHARD LASTER (hereinafter "LASTER") and PARAGON CLEANERS, INC.; and Defendants and Cross-Defendants THE JANE HIGGINS NASH TRUST, JANE NASH AS EXECUTOR OF THE ESTATE OF DECATUR HIGGINS A/K/A THE ESTATE OF MABEL ELAINE HIGGINS, NASH PROPERTIES LLC [DOE #1], DAVID H. NASH, as the successor co-trustee of the JANE NASH TRUST, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust [DOE #2], and RICHARD P. NASH, as the successor co-trustee of the JANE NASH TRUST, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust [DOE #3]; (hereinafter collectively "the NASH Parties") hereby stipulate to substitute parties to correctly identify the names under which the NASH Parties are named in the following pleadings on file in this action:

- PLAINTIFF'S EIGHTH AMENDED COMPLAINT [and] DEMAND FOR JURY TRIAL [Document 402];
- DEFENDANT RICHARD LASTER'S (1) ANSWER TO EIGHTH AMENDED COMPLAINT; (2) COUNTERCLAIMS AGAINST PLAINTIFFS; (3) CROSS-CLAIMS AGAINST OTHER DEFENDANTS; AND (4) DEMAND FOR JURY TRIAL [Document 408];
- DEFENDANT PARAGON CLEANERS, INC.'S (1) ANSWER TO EIGHTH AMENDED COMPLAINT; (2) COUNTERCLAIMS AGAINST PLAINTIFFS; (3) CROSS-CLAIMS AGAINST OTHER DEFENDANTS; AND (4) DEMAND FOR JURY TRIAL [Document 409]; and
- NASH PARTIES' ANSWERS TO SEVENTH AMENDED COMPLAINT, ANSWERS TO AMENDED CROSS-CLAIMS OF PARAGON CLEANERS,

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA 95814

1  INC. (SEVENTH AMENDED COMPLAINT), and ANSWERS TO AMENDED
2  CROSS-CLAIMS OF RICHARD LASTER (SEVENTH AMENDED
3  COMPLAINT) [Documents 342 through 350, inclusive].

4  Whereas, COPPOLA, LASTER and PARAGON CLEANERS, INC. have named The
5  Jane Higgins Nash Trust or Jane Nash as the Trustee of the Jane Higgins Nash Trust as a
6  Defendant and Cross-Defendant in their respective Complaints and Cross-Claims; and whereas
7  through recent communications with counsel for the NASH Parties, it has been brought to all
8  parties' attention that this Defendant and Cross-Defendant should be substituted for the named
9  Defendants and Cross-Defendants, as more particularly shown in the chart in numbers 4 and 5
10 below; and

11 Whereas, COPPOLA, LASTER and PARAGON CLEANERS, INC. have named Jane
12 Nash As Executor Of The Estate Of Decatur Higgins A/K/A The Estate Of Mabel Elaine Higgins
13 as a Defendant and Cross-Defendant[1]; and whereas, through recent communications with counsel
14 for the NASH Parties, it has been brought to all parties' attention that Jane Nash died during the
15 pendency of this action and that this Defendant and Cross-Defendant should be named as two
16 separate estates, as more particularly shown in the chart in number 2 below; and

17 Whereas, the parties to this stipulation have agreed to correct the identification of the
18 NASH Parties as Defendants and Cross-Defendants in the Complaint and Cross-Claims
19 referenced above, so that they are named in their correct capacities in advance of trial.  This will
20 promote judicial economy and will not cause prejudice to any party;

21 Now, therefore, the parties to this stipulation agree to the following substitution of
22 parties:
23 ///
24 ///
25 ///
26

---

[1] COPPOLA's operative complaint also names Decatur Higgins, as an individual, deceased; Mabel Elaine Higgins, as an individual, deceased – see ¶ 10, as granted in their motion for leave to file a Seventh Amended Complaint.

| | As pled in in COPPOLA'S Eighth Amended Complaint [Document 402] and LASTER'S and PARAGON CLEANERS, INC.'s Eighth Amended Cross-Claims [Documents 408 and 409 respectively]: | Stipulated Substitution: |
|---|---|---|
| 1. | The Jane Higgins Nash Trust or Jane Nash as Trustee of the Jane Higgins Nash Trust | DAVID H. NASH, as the successor co-trustee of the JANE NASH TRUST, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust [DOE #2]<br><br>RICHARD P. NASH, as the successor co-trustee of the JANE NASH TRUST, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust [DOE #3] |
| 2. | Jane Nash As Executor Of The Estate Of Decatur Higgins A/K/A The Estate Of Mabel Elaine Higgins | Stipulation to substitute this one party with two separate parties as it is actually two separate estates, as follows:<br><br>Estate of Decatur Higgins, Deceased; and<br><br>Estate of Mabel Elaine Higgins, Deceased. |
| 3. | Nash Properties LLC [Doe #1] | No change |
| 4. | DAVID H. NASH, as the successor co-trustee of the JANE NASH TRUST, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust [DOE #2] | No change |

| | | |
|---|---|---|
| 5. | RICHARD P. NASH, as the successor co-trustee of the JANE NASH TRUST, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust [DOE #3] | No change |

The successor Defendants and Cross-Defendants – Estate of Decatur Higgins, Deceased, and Estate of Mabel Elaine Higgins, Deceased – shall be added to the allegations and claims in the Complaint and Cross-Claims as if they were fully set forth therein against these successor Defendants and Cross-Defendants, and each of them.  The answers on file by the NASH Parties will serve as the answer on behalf of each of the newly named successor Defendants and Cross-Defendants as if they were fully set forth by each of them, individually.

Dated:  November 4, 2016            GUALCO LAW

                                    By: /s/ Lori J. Gualco
                                        LORI J. GUALCO
                                        Attorney for RICHARD LASTER
                                        and PARAGON CLEANERS, INC.

Dated:  November 4, 2016            GREBEN & ASSOCIATES

                                    By: /s/ Jan A. Greben as authorized 11/4/16
                                        JAN A. GREBEN
                                        Attorneys for GARY COPPOLA, an individual;
                                        GARY COPPOLA, as SUCCESSOR
                                        TRUSTEE OF THE VIOLA M. COPPOLA
                                        IRREVOCABLE TRUST; and GARY
                                        COPPOLA, as TRUSTEE OF THE
                                        ANTHONY M. COPPOLA TRUST

Dated:  November 7, 2016                    WILLIAMS, BRODERSEN & PRITCHETT LLP


By: /s/ Steven R. Williams as authorized 11/7/16
    STEVEN R. WILLIAMS
    Attorneys for THE JANE HIGGINS NASH
    TRUST; JANE NASH AS EXECUTOR OF
    THE ESTATE OF DECATUR HIGGINS
    A/K/A THE ESTATE OF MABEL ELAINE
    HIGGINS; NASH PROPERTIES LLC
    [DOE # 1]; DAVID H. NASH, as the successor
    co-trustee of the WILLIAM P. NASH AND
    JANE H. NASH REVOCABLE TRUST
    [DOE # 2]; and RICHARD P. NASH, as the
    successor co-trustee of the WILLIAM P. NASH
    and JANE H. NASH REVOCABLE TRUST
    [DOE # 3]

## ORDER

Based on the agreement of the parties, the stipulation is GRANTED in full.  The Court finds that the current parties referenced in the Complaint and Cross-Claims (Docs. 342 - 350, inclusive, and 402, 408, and 409) shall be substituted for the purposes of this action as follows:

1.     Substitute DAVID H. NASH, as the successor co-trustee of the JANE NASH TRUST, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust [DOE #2];

2.     Substitute RICHARD P. NASH, as the successor co-trustee of the JANE NASH TRUST, a trust created under the terms of the Last Will and Testament of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust [DOE #3]; and

///

///

GUALCO LAW
400 Capitol Mall
Eleventh Floor
Sacramento, CA 95814

3. Substitute Jane Nash As Executor Of The Estate Of Decatur Higgins A/K/A The Estate Of Mabel Elaine Higgins with (a) Estate of Decatur Higgins, Deceased, and (b) Estate of Mabel Elaine Higgins, Deceased, as Defendants and Cross-Defendants.

4. The Clerk of the Court is DIRECTED to AMEND the CAPTION to substitute Jane Nash As Executor Of The Estate Of Decatur Higgins A/K/A The Estate Of Mabel Elaine Higgins with:

(a) "Estate of Decatur Higgins, Deceased"; and

(b) "Estate of Mabel Elaine Higgins, Deceased" as Defendants and Cross-Defendants.

IT IS SO ORDERED.

Dated: **November 9, 2016**    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE