**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Plaintiffs and Counter Defendants GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GARY COPPOLA, an individual, GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST; | Case No.: 1:11-CV-01257-AWI-BAM |
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER SETTING A SETTLEMENT CONFERENCE WITH NEUTRAL TIMOTHY GALLAGHER** |
| v. | |
| PARAGON CLEANERS, INC. (formerly sued as GREGORY SMITH, an individual); et al. | |
| Defendants. | |

///
///
///
///
///
///
///

This stipulation and proposed order is made by and between Gary Coppola, Gary Coppola as successor trustee of the Viola M. Coppola Irrevocable Trust, Gary Coppola as trustee of the Anthony M. Coppola Trust, Paragon Cleaners, Inc., Richard Laster, the Estate of Decatur Higgins, the Estate of Mabel Elaine Higgins, Nash Properties LLC, David H. Nash as successor co-trustee of the Jane Nash Trust, Richard P. Nash as successor co-trustee of the Jane Nash Trust, and the City of Visalia (collectively referred to herein as "the Parties").

Whereas the Parties represented to the Court in the Joint Pretrial Conference Statement [Document 448] and during the pretrial conference held on January 12, 2017, their agreement to participate in a settlement conference.

The Parties hereby stipulate and agree that lead trial counsel shall participate in a settlement conference on January 24, 2017, commencing at 9:00 a.m., before neutral Timothy Gallagher.  Said settlement conference shall be held at Mr. Gallagher's offices located at Watt Plaza, 1875 Century Park East, Suite 1550, Los Angeles, California 90067; Telephone: (310) 203-2600.

The Parties further stipulate and agree that Mr. Gallagher shall have the authority and discretion to require the personal attendance of any persons necessary to participate at the conference, including parties, party representatives and insurers. It is acknowledged by the Parties that the City of Visalia will not have a personal representative at the settlement conference on January 24, 2017 and Leonard Herr will communicate settlement discussions and any settlement proposals to the City Council following the settlement conference.

Date: January 13, 2017

GREBEN & ASSOCIATES

/s/  Jan A. Greben

Jan A. Greben
Attorneys for Plaintiffs and Counter Defendants
GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

STIPULATION AND ORDER SETTING A SETTLEMENT CONFERENCE
1:11-CV-01257-AWI-BAM

Date:   January 13, 2017                    BASSI, EDLIN, HUIE & BLUM LLP
        (*per authorization*)


                                             /s/ Noel W. Edlin
                                            Noel W. Edlin
                                            Attorney for Counter Defendants GARY COPPOLA, as
                                            SUCCESSOR TRUSTEE OF THE VIOLA M.
                                            COPPOLA IRREVOCABLE TRUST; and GARY
                                            COPPOLA, as TRUSTEE OF THE ANTHONY M.
                                            COPPOLA TRUST

Date:   January 13, 2017                    GUALCO LAW
        (*per authorization*)


                                             /s/ Lori J. Gualco
                                            Lori J. Gualco
                                            Attorney for Defendant RICHARD LASTER


Date:   January 13, 2017                    GUALCO LAW
        (*per authorization*)


                                             /s/ Lori J. Gualco
                                            Lori J. Gualco
                                            Attorney for Defendant PARAGON CLEANERS,
                                            INC.


Date:   January 13, 2017                    HERR, PEDERSEN & BERGLUND LLP
        (*per authorization*)


                                             /s/ Leonard D. Herr
                                            Leonard C. Herr
                                            Attorneys for Defendant CITY OF VISALIA

///

///

///

STIPULATION AND ORDER SETTING A SETTLEMENT CONFERENCE
1:11-CV-01257-AWI-BAM

Date:   January 13, 2017                        WILLIAMS, BRODERSEN & PRITCHETT LLP
        (*per authorization*)


                                                 /s/ Steven R. Williams
                                                Steven R. Williams
                                                Attorney for Defendants THE ESTATE OF
                                                DECATUR HIGGINS, deceased; THE ESTATE
                                                OF MABEL ELAINE HIGGINS, deceased; NASH
                                                PROPERTIES, LLC; DAVID H. NASH, as the
                                                SUCCESSOR CO-TRUSTEE OF THE JANE
                                                NASH TRUST, a trust treated under the terms of
                                                the Last Will and Testament Of Mabel Elaine
                                                Higgins, formerly known as the Mabel Elaine
                                                Higgins Testamentary Trust and commonly known
                                                as the Jane Higgins Nash Trust; and RICHARD P.
                                                NASH, as the SUCCESSOR CO-TRUSTEE OF
                                                THE JANE NASH TRUST, a trust created under
                                                the terms of the Last Will and Testament Of Mabel
                                                Elaine Higgins, formerly known as the Mabel
                                                Elaine Higgins Testamentary Trust and commonly
                                                known as the Jane Higgins Nash Trust


IT IS SO ORDERED.

Dated:   January 13, 2017          _____
                                            SENIOR  DISTRICT  JUDGE

STIPULATION AND ORDER SETTING A SETTLEMENT CONFERENCE
1:11-CV-01257-AWI-BAM