**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Plaintiffs and Counter Defendants GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GARY COPPOLA, an individual, GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST;<br><br>Plaintiffs,<br><br>v.<br><br>PARAGON CLEANERS, INC. (formerly sued as GREGORY SMITH, an individual); et al.<br><br>Defendants. | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**ORDER ON STIPULATION FOR A STAY AND VACATING FEBRUARY 28, 2017 TRIAL DATE** |

On January 23, 2017, the parties filed the following stipulation:

This stipulation and proposed order is made by and between Gary Coppola, Gary Coppola as successor trustee of the Viola M. Coppola Irrevocable Trust, Gary Coppola as trustee of the Anthony M. Coppola Trust, Paragon Cleaners, Inc., Richard Laster, the Estate of Decatur Higgins, the Estate of Mabel Elaine Higgins, Nash Properties LLC, David H. Nash as successor co-trustee of the Jane Nash Trust, Richard P. Nash as successor co-trustee of the Jane Nash Trust, and the City of Visalia (collectively referred to herein as "the Parties").

Whereas the Parties represented to the Court in the Stipulation and Order Setting a Settlement Conference with Neutral Timothy Gallagher [Document 453] their agreement to participate in a settlement conference scheduled on January 24, 2017.  The Parties are working toward a global settlement but request more time and wish to avoid the attendant expense of preparation for trial at this time.

The Parties hereby stipulate and agree to request that the case be stayed until a status conference is scheduled on a date convenient to the Court in mid to late April, 2017. Under this stay, all pending deadlines set in the Pretrial Order filed on January 13, 2017 shall be stayed until a further schedule is ordered at the next status conference.

The Parties further stipulate and agree to request that the mediator, Timothy Gallagher, be allowed to schedule under this proposed Order that mediation and settlement conferences occur on the following dates:  February 13, 2017, February 23, 2017, and March 10, 2017. The Parties further request that the Court allow Mr. Gallagher to require any parties, counsel and insurers to attend such settlement conferences, should he deem the same necessary.

Date: January 23, 2017        GREBEN & ASSOCIATES

/s/  Jan A. Greben
Jan A. Greben
Attorneys for Plaintiffs and Counter Defendants GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

Date: January 24, 2017        BASSI, EDLIN, HUIE & BLUM LLP
    (per authorization)

/s/ Noel W. Edlin
Noel W. Edlin
Attorney for Counter Defendants GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY

COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

Date: January 24, 2017  GUALCO LAW
  (per authorization)

_/s/ Lori J. Gualco_
Lori J. Gualco
Attorney for Defendant RICHARD LASTER

Date: January 24, 2017  GUALCO LAW
  (per authorization)

_/s/ Lori J. Gualco_
Lori J. Gualco
Attorney for Defendant PARAGON CLEANERS, INC.

Date: January 24, 2017  HERR, PEDERSEN & BERGLUND LLP
  (per authorization)

_/s/ Leonard C. Herr_
Leonard C. Herr
Attorneys for Defendant CITY OF VISALIA

Date: January 24, 2017  WILLIAMS, BRODERSEN & PRITCHETT LLP
  (per authorization)

_/s/ Steven R. Williams_
Steven R. Williams
Attorney for Defendants THE ESTATE OF DECATUR HIGGINS, deceased; THE ESTATE OF MABEL ELAINE HIGGINS, deceased; NASH PROPERTIES, LLC; DAVID H. NASH, as the SUCCESSOR CO-TRUSTEE OF THE JANE NASH TRUST, a trust treated under the terms of

the Last Will and Testament Of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust; and RICHARD P. NASH, as the SUCCESSOR CO-TRUSTEE OF THE JANE NASH TRUST, a trust created under the terms of the Last Will and Testament Of Mabel Elaine Higgins, formerly known as the Mabel Elaine Higgins Testamentary Trust and commonly known as the Jane Higgins Nash Trust

The Court has reviewed the stipulation and generally intends to give it effect. However, the case will not be stayed and the Court will not vacate all dates that have been set. First, the Court will vacate the trial date and associated dates as set by the pre-trial order in lieu of "staying" the case or the dates. At the April 2017 status conference, the parties will be prepared to move forward with the case, and a new trial date (and associated dates and deadlines) will be addressed at that time. Second, on January 19, 2017, the Court entered a schedule for the parties to submit briefing on the issues of jury/non-jury trial and bifurcation/separate trial of issues. See Doc. No. 455. If mediation fails, a determination of what claims the jury will decide, and whether or what phases will be used to complete the trial, are both extremely important matters. Considering the possible motions in limine, verdict form, and jury instruction issues that are looming, it is preferable to resolve the jury/non-jury and bifurcation/separate trial issues before the April 2017 status conference. Therefore, the briefing schedule on those issues will be slightly altered, but not completely vacated.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to the above stipulation, all dates set in the January 13, 2017 Pre-Trial Order (Doc. No. 452), including the February 28, 2017 Trial Date, are VACATED;
2. A status conference will be held on April 17, 2017, at 1:30 p.m. in Courtroom No. 2;

3. No later than April 10, 2017, the parties shall submit a joint status report that outlines the status of the case, discusses any new developments that would weigh on the trial, and includes agreeable new trial dates;

4. Pursuant to the above stipulation, Mediator Timothy Gallagher may schedule mediation and settlement conferences for February 13, 2017, February 23, 2017, and March 10, 2017, and Mr. Gallagher may require any parties, counsel and insurers to attend such settlement conferences should he deem the same necessary; and

5. All parties shall file briefing, as discussed above and as outlined in Doc. No. 455, on or by 2:00 p.m. on February 3, 2017, and shall file responses on or by 2:00 p.m. on February 10, 2017.

IT IS SO ORDERED.

Dated: __January 24, 2017__         _____
                                     SENIOR  DISTRICT  JUDGE