**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Plaintiffs and Counter Defendants GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GARY COPPOLA, an individual, GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST;<br><br>Plaintiffs,<br><br>v.<br><br>PARAGON CLEANERS, INC. (formerly sued as GREGORY SMITH, an individual); et al.<br><br>Defendants. | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING FURTHER MEDIATION AND STATUS CONFERENCE DEADLINES and ORDER RESETTING STATUS CONFERENCE TO APRIL 24, 2017** |

On March 13, 2017, the parties filed the following stipulation:

This stipulation and proposed order is made by and between Gary Coppola, Gary Coppola as successor trustee of the Viola M. Coppola Irrevocable Trust, Gary Coppola as trustee of the Anthony M. Coppola Trust, Paragon Cleaners, Inc., Richard Laster, the Estate of Decatur Higgins, the Estate of Mabel Elaine Higgins, Nash Properties LLC, David H. Nash as successor co-trustee of the Jane Nash Trust, Richard P. Nash as successor co-trustee of the Jane Nash Trust, and the City of Visalia (collectively referred to herein as "the Parties").

- 1 -

STIPULATION AND ORDER REGARDING FURTHER MEDIATION
1:11-CV-01257-AWI-BAM

1   Whereas, on January 24, 2017, the Court entered an Order staying the case and ordering the

2   parties to mediation with neutral, Timothy Gallagher.  [Document 457.]

3   Whereas, consistent with the Order [Document 457] the Parties have participated in

4   mediation sessions with Mr. Gallagher and have made progress, but have not yet reached a

5   settlement.

6   Whereas, the Parties have a further status conference with the Court on April 17, 2017. A

7   joint status report is to be filed on April 10, 2017 in advance of the status conference. [Document

8   457.]

9   Whereas, the Parties and Mr. Gallagher have agreed that an additional mediation session is

10   necessary to bring this matter to conclusion and to compel the personal attendance by the Court of

11   each of the Parties' carriers with authority to settle the case to attend and participate in such session

12   at Mr. Gallagher's office located at 1875 Century Park East, Los Angeles, California, scheduled for

13   a reserved date of April 13, 2017 at 9 a.m. for this matter.

14   The Parties hereby stipulate and agree that a further settlement/mediation conference be set

15   for April 13, 2017 with mediator, Timothy Gallagher, at his office in Los Angeles, California.  The

16   Parties further request that the Court require counsel and the Parties' insurers with settlement

17   authority to attend such settlement/mediation conference in person.

18   The Parties further stipulate, and respectfully request that the Court extend the deadline to

19   file a joint status report until after the settlement conference, to April 14, 2017.

20

21   Date: March 13, 2017                          GREBEN & ASSOCIATES

22

23                                                 /s/  Jan A. Greben

24                                                 Jan A. Greben
                                                   Attorneys for Plaintiffs and Counter Defendants
25                                                 GARY COPPOLA, an individual; GARY
                                                   COPPOLA, as SUCCESSOR TRUSTEE OF
26                                                 THE VIOLA M. COPPOLA IRREVOCABLE
                                                   TRUST; and GARY COPPOLA, as TRUSTEE
27                                                 OF THE ANTHONY M. COPPOLA TRUST

28

- 2 -
STIPULATION AND ORDER REGARDING FURTHER MEDIATION
1:11-CV-01257-AWI-BAM

1

Date: March 13, 2017                     GUALCO LAW
      (per authorization)

2

3                                         /s/ Lori J. Gualco
                                          Lori J. Gualco
4                                         Attorney for Defendant RICHARD LASTER

5

Date: March 13, 2017                     GUALCO LAW
      (per authorization)

6

7                                         /s/ Lori J. Gualco
                                          Lori J. Gualco
8                                         Attorney for Defendant PARAGON CLEANERS,
                                          INC.

9

10

Date: March 13, 2017                     HERR, PEDERSEN & BERGLUND LLP
      (per authorization)

11

12                                        /s/ Leonard C. Herr
                                          Leonard C. Herr
13                                        Attorneys for Defendant CITY OF VISALIA

14

15

Date: March 14, 2017                     WILLIAMS, BRODERSEN & PRITCHETT LLP
      (per authorization)

16

17                                        /s/ Steven R. Williams
                                          Steven R. Williams
18                                        Attorney for Defendants THE ESTATE OF
                                          DECATUR HIGGINS, deceased; THE ESTATE
19                                        OF MABEL ELAINE HIGGINS, deceased; NASH
                                          PROPERTIES, LLC; DAVID H. NASH, as the
20                                        SUCCESSOR CO-TRUSTEE OF THE JANE
                                          NASH TRUST, a trust treated under the terms of
21                                        the Last Will and Testament Of Mabel Elaine
                                          Higgins, formerly known as the Mabel Elaine
22                                        Higgins Testamentary Trust and commonly known
                                          as the Jane Higgins Nash Trust; and RICHARD P.
23                                        NASH, as the SUCCESSOR CO-TRUSTEE OF
                                          THE JANE NASH TRUST, a trust created under
24                                        the terms of the Last Will and Testament Of Mabel
                                          Elaine Higgins, formerly known as the Mabel
25                                        Elaine Higgins Testamentary Trust and commonly
                                          known as the Jane Higgins Nash Trust
26

27

28

STIPULATION AND ORDER REGARDING FURTHER MEDIATION
1:11-CV-01257-AWI-BAM

The Court will give effect to the stipulation.  However, in light of a criminal matter that also is set for April 17, 2017 at 1:30 p.m., the Court finds that it is advisable to move the status conference to April 24, 2017.

## ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The Parties shall mediate with neutral, Timothy Gallagher, on April 13, 2017 commencing at 9 a.m. at Mr. Gallagher's office. Counsel and the Parties' insurers with settlement authority are required to attend the settlement/mediation session in person.

2. The April 10, 2017 deadline to file a joint status conference statement is continued.  No later than April 17, 2017, the Parties shall submit a joint status report that outlines the status of the case, discusses any new development that would weigh on the trial, and includes agreeable new trial dates.

3. The status conference scheduled for April 17, 2017, at 1:30 p.m. in Courtroom No. 2 is RESET to April 24, 2017, at 1:30 p.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated:   March 14, 2017                            _____

                                          SENIOR  DISTRICT  JUDGE

- 4 -