# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY COPPOLA, an individual, et al.,<br><br>Plaintiffs<br><br>v.<br><br>PARAGON CLEANERS, INC., et al.,<br><br>Defendants<br><br>AND RELATED CLAIMS | CASE NO. 1:11-CV-1257 AWI BAM<br><br>**ORDER VACATING APRIL 24, 2017 STATUS CONFERENCE AND RESETTING MATTER TO MAY 15, 2017** |

Currently set in this matter is a status conference on April 24, 2017. The parties have submitted a joint status report. Following their most recent mediation on April 13, 2017, the parties report that they believe that the case is close to reaching a settlement. The parties request that the Court move the scheduled status conference to May 15, 2017. Given the representations of the parties, the Court will continue the status conference to May 15, 2017 at 1:30 p.m.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 24, 2017 status conference is VACATED;

2. The status conference is RESET to May 15, 2017 at 1:30 p.m.; and

3. On or by May 8, 2017, the parties shall file a joint status report.

IT IS SO ORDERED.

Dated: April 17, 2017

_____
SENIOR DISTRICT JUDGE