# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY COPPOLA, an individual, et al., <br><br> Plaintiffs <br><br> v. <br><br> PARAGON CLEANERS, INC., et al., <br><br> Defendants | CASE NO. 1:11-CV-1257 AWI BAM <br><br> ORDER VACATING MAY 15, 2017 STATUS CONFERENCE AND RESETTING MATTER TO JUNE 19, 2017 |
| AND RELATED CLAIMS | |

Currently set in this matter is a status conference on May 15, 2017. The parties have submitted a joint status report. The parties request that the Court move the scheduled status conference to June 19, 2017. The parties represent that a partial settlement in principle has been reached with respect to certain claims and parties, and also anticipate that a full global settlement will be reached with the further assistance of the mediator. Given the representations of the parties, the Court will continue the status conference to June 19, 2017 at 1:30 p.m.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 15, 2017 status conference is VACATED;
2. The status conference is RESET to June 19, 2017 at 1:30 p.m. as a telephonic conference; and
3. On or by June 12, 2017, the parties shall file a joint status report.

IT IS SO ORDERED.

Dated: May 8, 2017

SENIOR DISTRICT JUDGE