**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY COPPOLA, et al.,<br><br>    Plaintiffs<br><br>v.<br><br>GREGORY SMITH, et al.,<br><br>    Defendants<br><br>AND RELATED CLAIMS | CASE NO. 1:11-CV-1257 AWI BAM<br><br>**ORDER FOR PARTIES TO RESPOND TO MOTIONS FOR GOOD FAITH SETTLEMENT** |

This is an environmental law case that arises from the chemical contamination of property surrounding a dry cleaning business in Visalia, California. The remaining parties in this case are the Coppola Plaintiffs, the Nash Parties, Paragon Cleaners, Richard Laster, and the City of Visalia.

On October 4, 2017, the Nash Parties, Paragon Cleaners, and Laster each filed motions for good faith settlement. See Doc. Nos. 487, 488, 489. Hearing on these motions is set for November 13, 2017.

In their respective motions, the Nash Parties, Paragon Cleaners and Laster indicate that a Global Settlement agreement was reached between all parties, but a funding issue has arisen with respect to the City of Visalia. See id. Additionally, the motions indicate that a stipulation for good faith settlement has been reached and filed. See id. However, no stipulation for a good faith settlement was filed with the Court.

Given the representations in the three motions, it appears that there is likely agreement between all parties that the settlement amounts have been negotiated in good faith.  Given that apparent agreement, the Court finds that it is advisable for the parties to inform the Court whether any party intends to file an opposition to the three motions.  If there will be no oppositions, then there is no need to hold a hearing, and the hearing date of November 13, 2017, will be vacated.  If oppositions are intended, then the November 13, 2017, hearing will remain and oppositions will be due on October 30, 2017 (per Local Rule 230(c)).

## ORDER

Accordingly, IT IS HEREBY ORDERED that, as soon as possible, but in no event later than 4:00 p.m. on October 11, 2017, all parties shall file either a notice of non-opposition to the three respective motions for good faith settlement, or a notice of intent to file oppositions.[1]

IT IS SO ORDERED.

Dated:  October 4, 2017

SENIOR DISTRICT JUDGE

---

[1] The failure to file a timely response will be construed as a non-opposition to the three pending motions.