| | |
|---|---|
| LORI J. GUALCO (Bar No. 95232)<br>GUALCO LAW<br>400 Capitol Mall, Eleventh Floor<br>Sacramento, CA 95814<br>Tel: (916) 930-0700<br>Fax: (916) 930-0705<br><br>Attorney for Defendant<br>RICHARD LASTER | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST,<br><br>Plaintiffs,<br>v.<br><br>PARAGON CLEANERS, INC. (formerly sued as GREGORY SMITH, an individual); RICHARD LASTER, an individual; et al.,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 1:11-cv-01257-AWI-BAM<br><br>**ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL BY RICHARD LASTER, PARAGON CLEANERS, INC., THE COPPOLA PARTIES, AND THE NASH PARTIES** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2) and (c); the terms of the Settlement Agreement and Mutual Release; and the Court's Orders approving the Good Faith Settlements and Vacating Hearing Date of: (1) Defendant Richard Laster [document 506]; (2) Defendant Paragon Cleaners, Inc. [document 504] and (3) Defendants the Nash Parties [document 505]; the following parties: Plaintiffs Gary Coppola, Gary Coppola, as Successor Trustee Of the Viola M. Coppola Irrevocable Trust, and Gary Coppola, as Trustee of the Anthony M. Coppola Trust (hereinafter collectively "Coppola"); Defendant, Cross-Complainant, and Counter-Claimant Paragon Cleaners, Inc. (hereinafter "Paragon"); Defendant, Cross-

1

Complainant, and Counter-Claimant Richard Laster (hereinafter "Laster"); Defendants and Cross-Defendants the Estate of Decatur Higgins, Deceased, the Estate of Mabel Elaine Higgins, Deceased, Nash Properties, LLC, David H. Nash as successor co-trustee of the Jane Nash Trust, and Richard P. Nash as successor co-trustee of the Jane Nash Trust (hereinafter collectively "the Nash Parties"), hereby stipulate and agree through their respective attorneys of record as follows:

1. Coppola's Eighth Amended Complaint in the above captioned action is hereby dismissed **with prejudice**, including their entire action and all claims encompassed therein, against <u>only</u> Laster, Paragon, and the Nash Parties.
2. The Nash Parties' counter-claims and cross-claims in the above captioned action are hereby dismissed **with prejudice**, including their entire action and all claims encompassed therein, against Laster, Paragon, and Coppola.
3. Laster's counter-claims and cross-claims in the above captioned action are hereby dismissed **with prejudice**, including his entire action and all claims encompassed therein, against Coppola and the Nash Parties.
4. Paragon's counter-claims and cross-claims in the above captioned action are hereby dismissed **with prejudice,** including its entire action and all claims encompassed therein, against Coppola and the Nash Parties.
5. Each party shall bear their own attorney's fees and costs.
6. This Court shall retain jurisdiction over the parties for purposes of enforcing the settlement agreement.
7. The foregoing dismissals are voluntary and shall not operate as an adjudication on the merits.

///
///
///
///
///
///

2

IT IS SO STIPULATED

Dated: October 16, 2017

GUALCO LAW

By: /s/ Lori J. Gualco
    LORI J. GUALCO
    Attorney for RICHARD LASTER

Dated: October 16, 2017

GUALCO LAW

By: /s/ Lori J. Gualco
    LORI J. GUALCO
    Attorney for PARAGON CLEANERS, INC.

Dated: October 18, 2017

GREBEN & ASSOCIATES

By: /s/ Jan A. Greben as authorized 10/18/17
    JAN A. GREBEN
    CHRISTINE M. MONROE
    Attorneys for GARY COPPOLA, an individual;
    GARY COPPOLA, as SUCCESSOR
    TRUSTEE OF THE VIOLA M. COPPOLA
    IRREVOCABLE TRUST; and GARY
    COPPOLA, as TRUSTEE OF THE
    ANTHONY M. COPPOLA TRUST

Dated: October 16, 2017

WILLIAMS, BRODERSEN & PRITCHETT LLP
By: /s/ Steven R. Williams as authorized 10/16/17
    STEVEN R. WILLIAMS
    Attorneys for THE JANE HIGGINS NASH
    TRUST; JANE NASH AS EXECUTOR OF
    THE ESTATE OF DECATUR HIGGINS
    A/K/A THE ESTATE OF MABEL ELAINE
    HIGGINS; NASH PROPERTIES LLC
    [DOE # 1]; DAVID H. NASH, as the successor
    co-trustee of the WILLIAM P. NASH AND
    JANE H. NASH REVOCABLE TRUST
    [DOE # 2]; and RICHARD P. NASH, as the
    successor co-trustee of the WILLIAM P. NASH
    and JANE H. NASH REVOCABLE TRUST
    [DOE # 3]

# ORDER

The Parties having stipulated and agreed, and good cause appearing thereon, it is hereby ORDERED:

1. Coppola's Eighth Amended Complaint in the above captioned action is dismissed **with prejudice**, including their entire action and all claims encompassed therein, against <u>only</u> Laster, Paragon, and the Nash Parties.
2. The Nash Parties' counter-claims and cross-claims in the above captioned action are dismissed **with prejudice**, including their entire action and all claims encompassed therein, against Laster, Paragon, and Coppola.
3. Laster's counter-claims and cross-claims in the above captioned action are dismissed **with prejudice**, including his entire action and all claims encompassed therein, against Coppola and the Nash Parties.
4. Paragon's counter-claims and cross-claims in the above captioned action are dismissed **with prejudice**, including its entire action and all claims encompassed therein, against Coppola and the Nash Parties.
5. Each party shall bear their own attorney's fees and costs.
6. This Court shall retain jurisdiction over the parties for purposes of enforcing the settlement agreement.
7. The foregoing dismissals are voluntary and shall not operate as an adjudication on the merits.

IT IS SO ORDERED.

Dated: __October 18, 2017__  　　　　__[signature]__
　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE