Leonard C. Herr, #081896
Ron Statler, #234177
Caren L. Curtiss, #311218
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Defendant,
CITY OF VISALIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY COPPOLA, an individual, GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST, <br><br> Plaintiffs, <br><br> v. <br><br> PARAGON CLEANERS, INC. (formerly sued as GREGORY SMITH, an individual); et al. <br><br> Defendants. <br> _____ <br> AND RELATED COUNTER AND CROSS-CLAIMS. | Case No.: 1:11-CV-01257-AWI-BAM <br><br> **STIPULATION AND [PROPOSED] ORDER FOR MANDATORY SETTLEMENT CONFERENCE** |

This Stipulation is made by and between Plaintiffs, GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST and Defendant, CITY OF VISALIA (collectively referred to herein as "the Parties.")

///

LAW OFFICES
HERR PEDERSEN &
BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-
**STIPULATION AND [PROPOSED] ORDER FOR MANDATORY SETTLEMENT CONFERENCE**

# I.

# **RECITALS**

1. WHEREAS, the Parties believe a mandatory settlement conference is appropriate at this stage of the case; and

2. WHEREAS, the Parties believe a mandatory settlement conference should be presided over by a judicial officer, based in Fresno, who is familiar with the Coppola and Mission Linen cases; and

3. WHEREAS, the Parties believe it is critical to have all of the City's insurers, primary and excess physically attend a mandatory settlement conference; and

4. WHEREAS, the Parties believe it is critical to have all of the City's insurers, primary and excess to have a claims person, with full settlement authority physically attend the mandatory settlement conference.

The Parties hereby stipulate and agree that a mandatory settlement conference be set with Magistrate Judge Erica P. Grosjean. The Parties further request that the Court require counsel and the City's primary and excess insurers with settlement authority to participate in person, at the mandatory settlement conference.

Dated: April 12, 2018　　　　　HERR PEDERSEN & BERGLUND LLP

　　　　　　　　　　　　　　　By:　/s/ Leonard C. Herr
　　　　　　　　　　　　　　　　　　LEONARD C. HERR
　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　CITY OF VISALIA

Dated: April 12, 2018　　　　　GREBEN & ASSOCIATES

　　　　　　　　　　　　　　　By:　/s/ Jan A. Greben
　　　　　　　　　　　　　　　　　　JAN A. GREBEN
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　GARY COPPOLA, as SUCCESSOR
　　　　　　　　　　　　　　　　　　TRUSTEE OF THE VIOLA M. COPPOLA
　　　　　　　　　　　　　　　　　　IRREVOCABLE TRUST; GARY COPPOLA,
　　　　　　　　　　　　　　　　　　as TRUSTEE OF THE ANTHONY M.
　　　　　　　　　　　　　　　　　　COPPOLA TRUST

LAW OFFICES
HERR PEDERSEN &
BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

# ORDER

The Parties having stipulated and agreed, and good cause appearing thereon, IT IS HEREBY ORDERED that:

1. A mandatory settlement conference shall be set at a date mutually agreeable to the Parties;

2. All of the City's insurers, primary and excess, shall physically attend the mandatory settlement conference;

3. All of the City's insurers, primary and excess, shall have a claims person, with full settlement authority, physically attend the mandatory settlement conference;

4. The mandatory settlement conference will be conducted by Magistrate Judge Erica P. Grosjean; and,

5. Legal counsel for plaintiffs, Coppola and defendant, City of Visalia shall contact the chambers of Magistrate Judge Erica P. Grosjean to clear a date for a mandatory settlement conference.

IT IS SO ORDERED.

Dated:  April 13, 2018

_____
SENIOR DISTRICT JUDGE

LAW OFFICES
HERR PEDERSEN &
BERGLUND LLP
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-3-
**STIPLULATION AND [PROPOSED] ORDER FOR MANDATORY SETTLEMENT CONFERENCE**