**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY COPPOLA, an individual, GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST,<br>　　　　　Plaintiffs,<br>v.<br>PARAGON CLEANERS, INC. (formerly sued as GREGORY SMITH, an individual); et al.<br>　　　　　Defendants. | CASE NO. 1:11-cv-01257-AWI-BAM<br><br>ORDER SETTING MANDATORY SETTLEMENT CONFERENCE |

On April 13, 2018, District Judge Anthony W. Ishii ordered as follows:

1. A mandatory settlement conference shall be set at a date mutually agreeable to the Parties;

2. All of the City's insurers, primary and excess, shall physically attend the mandatory settlement conference;

3. All of the City's insurers, primary and excess, shall have a claims person, with full settlement authority, physically attend the mandatory settlement conference;

4. The mandatory settlement conference will be conducted by Magistrate Judge Erica P. Grosjean; and,

5. Legal counsel for plaintiffs, Coppola and defendant, City of Visalia shall contact the chambers of Magistrate Judge Erica P. Grosjean to clear a date for a mandatory settlement conference.

(ECF No. 522).

Pursuant to this order, on April 19, 2018, legal counsel for Coppola and the City of Visalia participated in a telephonic conference with the Court to set a date for a mandatory settlement conference ("MSC"). The parties also discussed procedures to assist the parties in reaching a resolution.

With the input of the parties, the Court orders that the Mandatory Settlement Conference shall take place on May 22, 2018 at 10:00 am.[1]

Defendant City of Visalia shall promptly send this order to all of the City's insurers, primary and excess, and inform them of the terms of this order.

The parties shall meet and confer with the City's insurers, primary and excess, and submit a joint status report addressing the following issues no later than April 26, 2018:

- Proposed list of attendees at the MSC along with their titles and indication as to which participants are "claims person[s], with full settlement authority" who will "physically attend the mandatory settlement conference," as ordered by Judge Ishii.
- Whether any parties or subset of parties wish to have a telephonic conference with Judge Grosjean in advance of the MSC, and if so, potential dates and times in the week or two before the MSJ.[2]
- Whether the parties in the case of <u>RLI et al v. City of Visalia et al</u>, 1:17-cv-01205-LJO-EPG are willing to execute a waiver as described in Eastern District of California Local Rule 270(b) to the extent that issues in this MSC overlap with issues in that case.
- When the parties wish to submit confidential settlement conference statements.
- A list of up to 10 court documents the parties wish for the Court to review in

---

[1] It is the Court's strong preference that the Mandatory Settlement Conference proceed on May 22, 2018 at 10:00 am, given the Court's schedule and Judge Ishii's instructions. If any participant has a conflict with this date that cannot be resolved, it shall confer with the remaining participants and propose alternate dates immediately along with an explanation of the reason for the conflict.

[2] Judge Grosjean's Courtroom Deputy will correspond with any such counsel or individuals to arrange a telephonic conference that fits with the Judge's schedule.

advance of the MSC, in this or any related case.

- Any other issue that the parties wish to raise with the Court to facilitate a productive MSC.

IT IS SO ORDERED.

Dated:   **April 19, 2018**                    /s/ Eric P. Gross
                                               UNITED STATES MAGISTRATE JUDGE