**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Plaintiffs and Counter Defendants GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GARY COPPOLA, an individual, GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST;<br><br>Plaintiffs,<br><br>v.<br><br>PARAGON CLEANERS, INC. (formerly sued as GREGORY SMITH, an individual); et al.<br><br>Defendants. | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**JOINT STATUS REPORT AND REQUEST TO VACATE THE STATUS CONFERENCE; [PROPOSED] ORDER**<br><br>*Honorable Judge Anthony W. Ishii* |

The Parties submit this status report and respectfully request that the Court vacate the November 13, 2018 telephonic status conference. The Parties are waiting for receipt of the settlement proceeds and then will be prepared to file dismissals. The Parties have a further status conference set with Magistrate Judge Grosjean for December 18, 2018 and will update her at that time if there are any remaining issues. However, the Parties anticipate that they will receive the settlement proceeds before that date, and if so, the hearing will be taken off calendar and dismissals filed. As a result, the

telephonic status conference with Judge Ishii is no longer needed at this time, and the Parties can provide a further update to the Court following the December 18 conference, if necessary.

Date: November 8, 2018  GREBEN & ASSOCIATES

/s/ Jan A. Greben
Jan A. Greben
Christine M. Monroe
Attorneys for Plaintiffs and Counter Defendants
GARY COPPOLA, an individual; GARY
COPPOLA, as SUCCESSOR TRUSTEE OF
THE VIOLA M. COPPOLA IRREVOCABLE
TRUST; and GARY COPPOLA, as TRUSTEE
OF THE ANTHONY M. COPPOLA TRUST

Dated: November 8, 2018  HERR, PEDERSEN & BERGLUND LLP
(per authorization)

/s/ Leonard C. Herr
Leonard C. Herr
Caren Curtiss
Attorney for Defendant CITY OF VISALIA

**ORDER**

Based on the foregoing, the Court hereby VACATES the status conference on November 13, 2018.

IT IS SO ORDERED.

Dated:  November 8, 2018  _____
SENIOR DISTRICT JUDGE