**GREBEN & ASSOCIATES**
125 E. DE LA GUERRA ST., STE 203
SANTA BARBARA, CA 93101
TEL: 805-963-9090
FAX: 805-963-9098

Jan A. Greben, SBN 103464
jan@grebenlaw.com
Christine M. Monroe, SBN 304573
christine@grebenlaw.com

Attorneys for Plaintiffs and Counter Defendants GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GARY COPPOLA, an individual; GARY COPPOLA, as SUCCESSOR TRUSTEE OF THE VIOLA M. COPPOLA IRREVOCABLE TRUST; and GARY COPPOLA, as TRUSTEE OF THE ANTHONY M. COPPOLA TRUST;<br><br>Plaintiffs,<br><br>v.<br><br>PARAGON CLEANERS (formerly sued as GREGORY SMITH, an individual); et al.<br><br>Defendants.<br><br>RELATED CROSS AND COUNTER-CLAIMS | Case No.: 1:11-CV-01257-AWI-BAM<br><br>**STIPULATED REQUEST FOR DISMISSAL; [PROPOSED] ORDER** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2) and (c), and the terms of the settlement, Plaintiffs and counter-defendants Gary Coppola, an individual, Gary Coppola, as Successor Trustee of The Viola M. Coppola Irrevocable Trust; and Gary Coppola, as Trustee of The Anthony M. Coppola Trust ("Plaintiffs") and the City of Visalia ("City") (collectively the "Parties") hereby stipulate and request that the Court enter an Order as set forth in the terms below, which will resolve all remaining matters warranting the dismissal of the above-captioned action in its entirety.

1. Plaintiffs' complaint in the above captioned action is hereby dismissed **with prejudice**, including their entire action and all claims encompassed therein, against the City;
2. The City's counterclaim in the above captioned action is hereby dismissed **with prejudice**, including their entire action and all claims encompassed therein, against Plaintiffs;
3. Each party shall bear their own attorney's fees and costs; and
4. The foregoing dismissals are voluntary and shall not operate as an adjudication on the merits.

Dated: December 12, 2018     GREBEN & ASSOCIATES

/s/ Jan A. Greben
Jan A. Greben
Christine M. Monroe
Attorneys for Plaintiffs and Counter Defendants
GARY COPPOLA, an individual; GARY
COPPOLA, as SUCCESSOR TRUSTEE OF
THE VIOLA M. COPPOLA IRREVOCABLE
TRUST; and GARY COPPOLA, as TRUSTEE
OF THE ANTHONY M. COPPOLA TRUST

Dated: December 12, 2018     HERR, PEDERSEN & BERGLUND LLP

(per authorization)

/s/ Leonard C. Herr
Leonard C. Herr
Caren Curtiss
Attorneys for Defendant CITY OF VISALIA

///
///
///
///
///
///

# [PROPOSED] ORDER

The Parties having stipulated and agreed, and good cause appearing thereon, it is hereby ORDERED:

1. Plaintiffs' complaint in the above captioned action is dismissed **with prejudice**, including their entire action and all claims encompassed therein, against the City;
2. The City's counterclaim in the above captioned action is dismissed **with prejudice**, including their entire action and all claims encompassed therein, against Plaintiffs;
3. Each party shall bear their own attorney's fees and costs; and
4. The foregoing dismissals are voluntary shall not operate as an adjudication on the merits.

Based on the foregoing, this Order serves to dismiss the above-captioned action in its entirety.

IT IS SO ORDERED.

Dated: December 13, 2018

_____
SENIOR DISTRICT JUDGE